UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br>VICTORIA L STONEWALL | CASE NO: 24-10475-pmm<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 13 |

On 3/18/2024, I did cause a copy of the following documents, described below,

Order Granting Motion to Extend Time ECF Docket Reference No. 13

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/18/2024

/s/ Michael A. Cibik
Michael A. Cibik  23110
Attorney for Debtor
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215 735 1060
mike.assad@cibiklaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>VICTORIA L STONEWALL | CASE NO: 24-10475-pmm<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 13 |

On 3/18/2024, a copy of the following documents, described below,

Order Granting Motion to Extend Time ECF Docket Reference No. 13

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/18/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-10475-PMM<br>EASTERN DISTRICT OF PENNSYLVANIA<br>MON MAR 18 7-13-58 PST 2024 | EXETER FINANCE LLC   CO AIS PORTFOLIO SERVIC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | ~~EXCLUDE~~<br>~~(U)PENNYMAC LOAN SERVICES   LLC~~ |
| PHILADELPHIA<br>900 MARKET STREET<br>SUITE 400<br>PHILADELPHIA   PA 19107-4233 | CAPITAL BANK NA<br>2275 RESEARCH BLVD STE 600<br>ROCKVILLE   MD 20850-6238 | CAPITAL ONE AUTO FINANCE<br>ATTN BANKRUPTCY 7933 PRESTON RD<br>PLANO   TX 75024-2302 |
| (P)JPMORGAN CHASE BANK   N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHESTER COUNTY TAX CLAIM BUREAU<br>313 W MARKET ST   3602<br>WEST CHESTER   PA 19382-2804 | CITY OF COATESVILLE<br>CO PORTNOFF LAW ASSOC LTD<br>2700 HORIZON DR STE 100<br>KNG OF PRUSSA   PA 19406-2726 |
| COATESVILLE AREA SCHOOL DISTRICT<br>CO PORTNOFF LAW ASSOC LTD<br>2700 HORIZON DR STE 100<br>KNG OF PRUSSA   PA 19406-2726 | EXETER FINANCE LLC<br>AIS PORTFOLIO SERVICES   LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | EXETER FINANCE LLC<br>ATTN BANKRUPTCY<br>PO BOX 166008<br>IRVING   TX 75016-6008 |
| EXETER FINANCE LLC<br>PO BOX 650693<br>DALLAS TX 75265-0693 | EXETER FINANCE LLC<br>CO AIS PORTFOLIO SERVICES   LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | EXETER FINANCE LLC CO AIS PORTFOLIO SERVICE<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | LVNV FUNDING   LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 | MIDLAND FUNDING   LLC<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO   CA 92193-9069 |
| MILITARY CREDIT SERVICE<br>ATTN BANKRUTPCY 1150 EAST LITTLE CREEK<br>NORFOLK   VA 23518-3826 | ONE MAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE   IN 47731-3251 | PENNYMAC LOAN SERVICES   LLC<br>CO JILL MANUELCOUGHLIN<br>POWERS KIRN   LLC<br>EIGHT NESHAMINY INTERPLEX<br>SUITE 215<br>TREVOSE   PA 19053-6980 |
| PENNSYLVANIA AMERICAN WATER<br>ATTN BANKRUPTCY<br>852 WESLEY DR<br>MECHANICSBURG   PA 17055-4475 | (P)PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>1 REVENUE PL<br>HARRISBURG   PA 17129-0001 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG   PA 17128-0946 | PENNSYLVANIA OFFICE OF GENERAL COUNSEL<br>333 MARKET ST FL 17<br>HARRISBURG   PA 17101-2210 | ~~EXCLUDE~~<br>~~(U)PENNYMAC LOAN SERVICES   LLC~~<br>~~UNIT~~<br>~~LOS ANGELES~~<br>~~ATTN~~<br>~~PO BOX 514387~~<br>~~CORRESPONDENCECA90051~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SANTANDER CONSUMER USA INC<br>PO BOX 961245<br>FORT WORTH  TX 76161-0244 | SANTANDER CONSUMER USA  INC<br>ATTN BANKRUPTCY<br>95 AMARAL ST<br>RIVERSIDE  RI 02915-2204 |
| US ATTORNEY  EASTERN DISTRICT OF PA<br>615 CHESTNUT ST STE 1250<br>PHILADELPHIA  PA 19106-4404 | US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON  DC 20530-0009 | UNITED STATES TRUSTEE<br>OFFICE OF UNITED STATES TRUSTEE<br>ROBERT NC NIX FEDERAL BUILDING<br>900 MARKET STREET<br>SUITE 320<br>PHILADELPHIA  PA 19107-4202 |
| VANCE  HUFFMAN LLC<br>55 MONETTE PARKWAY<br>SMITHFIELD  VA 23430-2577 | WELLS FARGO BANK NA<br>ATTN BANKRUPTCY 1 HOME CAMPUS MAC X2303<br>DES MOINES  IA 50328-0001 | KENNETH E WEST<br>OFFICE OF THE CHAPTER 13 STANDING TRUSTE<br>1234 MARKET STREET - SUITE 1813<br>PHILADELPHIA  PA 19107-3704 |
| MICHAEL A CIBIK<br>CIBIK LAW  PC<br>1500 WALNUT STREET<br>SUITE 900<br>PHILADELPHIA  PA 19102-3518 | DEBTOR<br>VICTORIA L STONEWALL<br>107 COUNTRY RUN DR<br>COATESVILLE  PA 19320-3069 | |

COURT'S LIST OF ELECTRONIC SERVICE RECIPIENTS

(Trustee)
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

ecfemails@ph13trustee.com

(U.S. Trustee)
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

USTPRegion03.PH.ECF@usdoj.gov

(Debtor)
Victoria L. Stonewall
107 Country Run Dr
Coatesville, PA 19320-3069
represented by:
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

help@cibiklaw.com

(Creditor)
PENNYMAC LOAN SERVICES, LLC
represented by:
JILL MANUEL-COUGHLIN
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

jill@powerskirn.com

(Creditor)
Exeter Finance LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118