**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br><br>                            Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>                            Movant<br>vs.<br>Victoria L. Stonewall<br><br>and<br>KENNETH E. WEST<br>                            Respondents | Chapter 13 Proceeding<br><br>24-10475-pmm<br><br>Hearing: 07/23/2024 |

**OBJECTION TO CONFIRMATION OF THE PLAN**

PENNYMAC LOAN SERVICES, LLC (Movant), a secured creditor in this case objects to the confirmation of the Debtor's Chapter 13 plan and states the following:

1. The plan does not provide for the secured creditor, PENNYMAC LOAN SERVICES, LLC to receive the full value of its claim in violation of 11 USC §1325(a)(5)(B)(ii).

2. As of the date of the filing of the bankruptcy on February 13, 2024, Movant is the holder of a secured claim in the amount of $194,937.46 secured by the Debtors' property located at 107 Country Run Drive, Coatesville, PA 19320.

3. On or about March 29, 2024, Movant filed a Proof of Claim listing the arrears to be paid through the plan at **$39,532.19**. See **Exhibit "A"** attached hereto and made a part hereof.

4. Debtor's Plan proposes to pay Movant **$30,000.00** in pre-petition arrears, which is insufficient to provide for Movant's arrearage claim. See **Exhibit "B"** attached hereto and made a part hereof.

5. If the plan is confirmed, the Movant may suffer irreparable injury, loss and damage.

                                                      Respectfully submitted,

                                                    /s/ Karina Velter, Esquire
                                                 POWERS KIRN, LLC
                                                 Jill Manuel-Coughlin, Esquire; Atty ID # 63252
                                                 Harry B. Reese, Esquire; Atty ID #310501
                                                 Karina Velter, Esquire; Atty ID #94781
                                                 8 Neshaminy Interplex, Suite 215
                                                 Trevose, PA 19053
                                                 215-942-2090 phone; 215-942-8661 fax
                                                 bankruptcy@powerskirn.com
                                                 Attorney for Movant
                                                 Dated: 04/03/2024