# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br><br>Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>Movant<br>vs.<br>Victoria L. Stonewall<br><br>and<br>KENNETH E. WEST<br>Respondents | Chapter 13 Proceeding<br><br>24-10475-pmm |

## ORDER DENYING CONFIRMATION

Upon consideration of PENNYMAC LOAN SERVICES, LLC's Objection to Confirmation the Proposed Plan and having heard the argument of counsel and for good cause having been shown;

It is on this ___ day of _____, 2024 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
United States Bankruptcy Judge
Patricia M. Mayer