| Fill in this information to identify the case: |
|---|
| Debtor 1   Victoria L. Stonewall |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: **EASTERN** District of **PENNSYLVANIA** |
| Case Number 24-10475-pmm |

Official Form 410

# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | PENNYMAC LOAN SERVICES, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other Names the creditor used with the debtor(s): _____ | |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes.  From whom? ___ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>PennyMac Loan Services, LLC<br>Name<br><br>P.O. Box 2410<br>Number   Street<br><br>Moorpark, CA 93020<br>City, state, Zip Code<br><br>Contact Phone: (866) 629-4570<br><br>Contact E-mail: BK@pnmac.com | **Where should payments to the creditor be sent?** (if different)<br><br>PennyMac Loan Services, LLC<br>Name<br><br>P.O. Box 660929<br>Number   Street<br><br>Dallas, TX 75266-0929<br>City, state, Zip Code<br><br>Contact Phone: (866) 629-4570<br><br>Contact E-mail: BK@pnmac.com |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.   Claim number on court claims registry (if known) _____      Filed on _____ | |
| 5. Do you know if anyone else has filed a Proof of Claim for this claim? | ☒ No<br>☐ Yes.   Who made the earlier filing? _____ | |

Official Form 410                                                                       Proof of Claim



| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| | |
|---|---|
| 6. Do you have any number you Use to identify the debtor(s)? | ☐ No<br>☑ Yes: Last 4 digits of debtor's account or any number you use to identify the Debtor(s): <u>8840</u> |
| 7. How much is the claim? | $194,937.46         Does this amount include interest or other charges?<br>        ☐ No<br>        ☑ Yes: Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>**Money Loaned** |
| 9. Is all of part of the claim secure? | ☐ No<br>☑ Yes: The Claim is secured by a lien on the property.<br><br>**Nature of Property: 107 Country Run Drive, Coatesville PA 19320**<br><br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for Perfection:** <u>Recorded Mortgage</u><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**: $_____<br><br>**Amount of the claim that is secured:** $ <u>194,937.46</u><br>            (The sum of the secured and unsecured amounts should match<br>            The amount in line 7.)<br><br>**Amount of the claim that is unsecured:** $_____<br><br>**Amount necessary to cure any default as of the date of the petition:** **$39,532.19**<br><br>**Annual Interest Rate** (when case was filed): **4.000**%<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes: Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes: Identify the Property: _____ |
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in come categories, the law limits the amount entitled to priority. | ☑ No                                                                                                      **Amount entitled to priority**<br>☐ Yes: Check all that apply:<br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a) (1)(B).                                                                  $_____<br>☐ Up to $3,350* of deposits towards purchase, lease, or rental of property or services for personal, family, or household use. U.S.C. § 507(a)(7)                              $_____<br>☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(s)(4)                                                                                     $_____<br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)        $_____<br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5)              $_____<br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.             $_____<br>* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

Official Form 410                                                                                                                                                 Proof of Claim

| Part 3: | Sign Below |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | Check the appropriate box:<br><br>☐ I am the creditor.<br>☒ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on this date: March 29, 2024<br><br>Signature:    /s/ Jill Manuel-Coughlin, Esquire<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name: Jill Manuel-Coughlin, Esquire ; Harry B. Reese, Esquire ; Karina Velter, Esquire<br><br>Title: Attorney<br><br>Company: Powers Kirn, LLC<br><br>Address and telephone number:<br><br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA 19053<br><br>Telephone Number: 215-942-2090        Email: bankruptcy@powerskirn.com |

Official Form 410                                                                Proof of Claim

# Mortgage Proof of Claim Attachment

(12/23)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

### Part 1: Mortgage and Case Information

| | |
|---|---|
| Case Number: | 24-10475-pmm |
| Debtor1: | Victoria L. Stonewall |
| Debtor2: | |
| Last 4 Digits to Identify: | 8840 |
| Creditor: | PENNYMAC LOAN SERVICES, LLC |
| Servicer: | PennyMac Loan Services, LLC |
| Fixed accrual/ daily simple interest/ other: | **Fixed Accrual** |

### Part 2: Total Debt Calculation

| | |
|---|---|
| Principal Balance: | 165,603.45 |
| Interest Due: | 10,199.36 |
| Fees, costs due: | 8,848.70 |
| Escrow deficiency for funds advanced: | 10,285.95 |
| Less total funds on hand: | (0.00) |
| Total Debt: | **$194,937.46** |

### Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal Due: | 5,089.39 |
| Interest Due: | 9,793.55 |
| Prepetition fees due: | 8,848.70 |
| Escrow deficiency for funds Advanced: | 10,285.95 |
| Projected escrow shortage: | 5,514.60 |
| Less funds on hand: | (0.00) |
| Total prepetition arrearage: | **$39,532.19** |

### Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & interest: | 826.83 |
| Monthly escrow: | 758.46 |
| Private mortgage insurance: | 93.49 |
| Total monthly payment: | **$1,678.78** |

### Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | Account Activity ||| E. Description | F. Contractual due date | G. Prin, int & esc past due balance | How Funds Were Applied/Amount Incurred |||| Balance After Amount Received or Incurred |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | C. Funds received | D. Amount incurred | | | | | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |

## SEE ATTACHED 410A LOAN HISTORY

Official Form 410A    Mortgage Proof of Claim Attachment    page __ of __

Case 24-10475-pmm    Claim 5-1    Filed 03/29/24    Desc Main Document    Page 5 of 11

| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Account Activity | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
| Transaction Date | Contractual Payment Amount | Funds Received | Amount Incurred | Description | Contractual Due Date | Principal Interest & Escrow Past Due | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees and Charges | Unapplied Funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges Balance | Unapplied Funds Balance |
| BEGINNING BALANCES | | | | | | | | | | | | $173,188.07 | | $3,646.27 | $0.00 | $0.00 |
| 04/01/2020 | $1,624.28 | | | MONTHLY PAYMENT DUE | 04/01/2020 | $1,624.28 | | | | | $0.00 | $173,188.07 | | $3,646.27 | $0.00 | $0.00 |
| 04/16/2020 | | | $33.07 | LATE CHARGE ASSESSED | 04/01/2020 | $1,624.28 | | | | | $0.00 | $173,188.07 | | $3,646.27 | $33.07 | $0.00 |
| 04/17/2020 | | $1,624.28 | | PAYMENT MADE | 04/01/2020 | $0.00 | $249.54 | $577.29 | $797.45 | | $0.00 | $172,938.53 | | $4,443.72 | $33.07 | $0.00 |
| 04/28/2020 | -$103.85 | -$103.85 | | MIP/PMI DISBURSEMENT | 05/01/2020 | $0.00 | | | -$103.85 | | $0.00 | $172,938.53 | | $4,339.87 | $33.07 | $0.00 |
| 05/01/2020 | $1,624.28 | | | MONTHLY PAYMENT DUE | 05/01/2020 | $1,624.28 | | | | | $0.00 | $172,938.53 | | $4,339.87 | $33.07 | $0.00 |
| 05/15/2020 | | $1,624.28 | | PAYMENT MADE | 05/01/2020 | $0.00 | $250.37 | $576.46 | $797.45 | | $0.00 | $172,688.16 | | $5,137.32 | $33.07 | $0.00 |
| 05/27/2020 | -$103.85 | -$103.85 | | MIP/PMI DISBURSEMENT | 06/01/2020 | $0.00 | | | -$103.85 | | $0.00 | $172,688.16 | | $5,033.47 | $33.07 | $0.00 |
| 06/01/2020 | $1,624.28 | | | MONTHLY PAYMENT DUE | 06/01/2020 | $1,624.28 | | | | | $0.00 | $172,688.16 | | $5,033.47 | $33.07 | $0.00 |
| 06/12/2020 | | $1,624.28 | | PAYMENT MADE | 06/01/2020 | $0.00 | $251.20 | $575.63 | $797.45 | | $0.00 | $172,436.96 | | $5,830.92 | $33.07 | $0.00 |
| 06/26/2020 | -$103.85 | -$103.85 | | MIP/PMI DISBURSEMENT | 07/01/2020 | $0.00 | | | -$103.85 | | $0.00 | $172,436.96 | | $5,727.07 | $33.07 | $0.00 |
| 07/01/2020 | $1,624.28 | | | MONTHLY PAYMENT DUE | 07/01/2020 | $1,624.28 | | | | | $0.00 | $172,436.96 | | $5,727.07 | $33.07 | $0.00 |
| 07/01/2020 | -$1,218.81 | -$1,218.81 | | HOMEOWNERS INSURANCE DISBURSED | 07/01/2020 | $1,624.28 | | | -$1,218.81 | | $0.00 | $172,436.96 | | $4,508.26 | $33.07 | $0.00 |
| 07/14/2020 | | $1,624.28 | | PAYMENT MADE | 07/01/2020 | $0.00 | $252.04 | $574.79 | $797.45 | | $0.00 | $172,184.92 | | $5,305.71 | $33.07 | $0.00 |
| 07/29/2020 | -$103.85 | -$103.85 | | MIP/PMI DISBURSEMENT | 08/01/2020 | $0.00 | | | -$103.85 | | $0.00 | $172,184.92 | | $5,201.86 | $33.07 | $0.00 |
| 08/01/2020 | $1,624.28 | | | MONTHLY PAYMENT DUE | 08/01/2020 | $1,624.28 | | | | | $0.00 | $172,184.92 | | $5,201.86 | $33.07 | $0.00 |
| 08/17/2020 | -$4,643.03 | -$4,643.03 | | SCHOOL TAX DISBURSEMENT | 08/01/2020 | $1,624.28 | | | -$4,643.03 | | $0.00 | $172,184.92 | | $558.83 | $33.07 | $0.00 |
| 08/17/2020 | | | $33.07 | LATE CHARGE ASSESSED | 08/01/2020 | $1,624.28 | | | | | $0.00 | $172,184.92 | | $558.83 | $66.14 | $0.00 |
| 08/21/2020 | | $1,657.35 | | PAYMENT MADE | 08/01/2020 | $0.00 | $252.88 | $573.95 | $797.45 | | $0.00 | $171,932.04 | | $1,356.28 | $66.14 | $0.00 |
| 08/21/2020 | | | | FEE(S) PAID: LATE CHARGES | 08/01/2020 | $0.00 | | | | $33.07 | -$33.07 | $171,932.04 | | $1,356.28 | $33.07 | $0.00 |
| 08/27/2020 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 09/01/2020 | $0.00 | | | -$101.39 | | $0.00 | $171,932.04 | | $1,254.89 | $33.07 | $0.00 |
| 09/01/2020 | $1,624.28 | | | MONTHLY PAYMENT DUE | 09/01/2020 | $1,624.28 | | | | | $0.00 | $171,932.04 | | $1,254.89 | $33.07 | $0.00 |
| 09/16/2020 | | | $33.07 | LATE CHARGE ASSESSED | 09/01/2020 | $1,624.28 | | | | | $0.00 | $171,932.04 | | $1,254.89 | $66.14 | $0.00 |
| 09/28/2020 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 10/01/2020 | $1,624.28 | | | -$101.39 | | $0.00 | $171,932.04 | | $1,153.50 | $66.14 | $0.00 |
| 09/29/2020 | | $1,624.28 | | PAYMENT MADE | 09/01/2020 | $0.00 | $253.72 | $573.11 | $797.45 | | $0.00 | $171,678.32 | | $1,950.95 | $66.14 | $0.00 |
| 10/01/2020 | $1,624.28 | | | MONTHLY PAYMENT DUE | 10/01/2020 | $1,624.28 | | | | | $0.00 | $171,678.32 | | $1,950.95 | $66.14 | $0.00 |
| 10/16/2020 | | | $33.07 | LATE CHARGE ASSESSED | 10/01/2020 | $1,624.28 | | | | | $0.00 | $171,678.32 | | $1,950.95 | $99.21 | $0.00 |
| 10/28/2020 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 10/01/2020 | $1,624.28 | | | -$101.39 | | $0.00 | $171,678.32 | | $1,849.56 | $99.21 | $0.00 |
| 10/29/2020 | | $1,624.28 | | PAYMENT MADE | 10/01/2020 | $0.00 | $254.57 | $572.26 | $797.45 | | $0.00 | $171,423.75 | | $2,647.01 | $99.21 | $0.00 |
| 11/01/2020 | $1,627.43 | | | MONTHLY PAYMENT DUE | 11/01/2020 | $1,627.43 | | | | | $0.00 | $171,423.75 | | $2,647.01 | $99.21 | $0.00 |
| 11/16/2020 | | | $33.07 | LATE CHARGE ASSESSED | 11/01/2020 | $1,627.43 | | | | | $0.00 | $171,423.75 | | $2,647.01 | $132.28 | $0.00 |
| 11/25/2020 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 11/01/2020 | $1,627.43 | | | -$101.39 | | $0.00 | $171,423.75 | | $2,545.62 | $132.28 | $0.00 |
| 11/27/2020 | | $1,627.43 | | PAYMENT MADE | 11/01/2020 | $0.00 | $255.42 | $571.41 | $800.60 | | $0.00 | $171,168.33 | | $3,346.22 | $132.28 | $0.00 |
| 12/01/2020 | $1,627.43 | | | MONTHLY PAYMENT DUE | 12/01/2020 | $1,627.43 | | | | | $0.00 | $171,168.33 | | $3,346.22 | $132.28 | $0.00 |
| 12/16/2020 | | | $33.07 | LATE CHARGE ASSESSED | 12/01/2020 | $1,627.43 | | | | | $0.00 | $171,168.33 | | $3,346.22 | $165.35 | $0.00 |
| 12/29/2020 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 12/01/2020 | $1,627.43 | | | -$101.39 | | $0.00 | $171,168.33 | | $3,244.83 | $165.35 | $0.00 |
| 12/30/2020 | | $1,627.43 | | PAYMENT MADE | 12/01/2020 | $0.00 | $256.27 | $570.56 | $800.60 | | $0.00 | $170,912.06 | | $4,045.43 | $165.35 | $0.00 |
| 01/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 01/01/2021 | $1,627.43 | | | | | $0.00 | $170,912.06 | | $4,045.43 | $165.35 | $0.00 |
| 01/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 01/01/2021 | $1,627.43 | | | | | $0.00 | $170,912.06 | | $4,045.43 | $198.42 | $0.00 |
| 01/27/2021 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 01/01/2021 | $1,627.43 | | | -$101.39 | | $0.00 | $170,912.06 | | $3,944.04 | $198.42 | $0.00 |
| 01/29/2021 | | $1,627.43 | | PAYMENT MADE | 01/01/2021 | $0.00 | $257.12 | $569.71 | $800.60 | | $0.00 | $170,654.94 | | $4,744.64 | $198.42 | $0.00 |
| 02/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 02/01/2021 | $1,627.43 | | | | | $0.00 | $170,654.94 | | $4,744.64 | $198.42 | $0.00 |
| 02/05/2021 | -$553.13 | -$553.13 | | COUNTY TAX DISBURSEMENT | 02/01/2021 | $1,627.43 | | | -$553.13 | | $0.00 | $170,654.94 | | $4,191.51 | $198.42 | $0.00 |

Case 24-10475-pmm    Claim 5-1    Filed 03/29/24    Desc Main Document    Page 6 of 11

| | | Account Activity | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| Transaction Date | Contractual Payment Amount | Funds Received | Amount Incurred | Description | Contractual Due Date | Principal Interest & Escrow Past Due | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees and Charges | Unapplied Funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges Balance | Unapplied Funds Balance |
| 02/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 02/01/2021 | $1,627.43 | | | | | $0.00 | $170,654.94 | | $4,191.51 | $231.49 | $0.00 |
| 02/24/2021 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 02/01/2021 | $1,627.43 | | | -$101.39 | | $0.00 | $170,654.94 | | $4,090.12 | $231.49 | $0.00 |
| 02/26/2021 | | $1,627.43 | | PAYMENT MADE | 02/01/2021 | $0.00 | $257.98 | $568.85 | $800.60 | | $0.00 | $170,396.96 | | $4,890.72 | $231.49 | $0.00 |
| 03/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 03/01/2021 | $1,627.43 | | | | | $0.00 | $170,396.96 | | $4,890.72 | $231.49 | $0.00 |
| 03/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 03/01/2021 | $1,627.43 | | | | | $0.00 | $170,396.96 | | $4,890.72 | $264.56 | $0.00 |
| 03/17/2021 | -$1,961.36 | -$1,961.36 | | CITY TAX DISBURSEMENT | 03/01/2021 | $1,627.43 | | | -$1,961.36 | | $0.00 | $170,396.96 | | $2,929.36 | $264.56 | $0.00 |
| 03/29/2021 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 03/01/2021 | $1,627.43 | | | -$101.39 | | $0.00 | $170,396.96 | | $2,827.97 | $264.56 | $0.00 |
| 03/30/2021 | | $1,627.43 | | PAYMENT MADE | 03/01/2021 | $0.00 | $258.84 | $567.99 | $800.60 | | $0.00 | $170,138.12 | | $3,628.57 | $264.56 | $0.00 |
| 04/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 04/01/2021 | $1,627.43 | | | | | $0.00 | $170,138.12 | | $3,628.57 | $264.56 | $0.00 |
| 04/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 04/01/2021 | $1,627.43 | | | | | $0.00 | $170,138.12 | | $3,628.57 | $297.63 | $0.00 |
| 04/28/2021 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 04/01/2021 | $1,627.43 | | | -$101.39 | | $0.00 | $170,138.12 | | $3,527.18 | $297.63 | $0.00 |
| 05/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 04/01/2021 | $3,254.86 | | | | | $0.00 | $170,138.12 | | $3,527.18 | $297.63 | $0.00 |
| 05/17/2021 | | | $33.07 | LATE CHARGE ASSESSED | 04/01/2021 | $3,254.86 | | | | | $0.00 | $170,138.12 | | $3,527.18 | $330.70 | $0.00 |
| 05/26/2021 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 04/01/2021 | $3,254.86 | | | -$101.39 | | $0.00 | $170,138.12 | | $3,425.79 | $330.70 | $0.00 |
| 05/28/2021 | | $1,627.43 | | PAYMENT MADE | 04/01/2021 | $1,627.43 | $259.70 | $567.13 | $800.60 | | $0.00 | $169,878.42 | | $4,226.39 | $330.70 | $0.00 |
| 06/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 05/01/2021 | $3,254.86 | | | | | $0.00 | $169,878.42 | | $4,226.39 | $330.70 | $0.00 |
| 06/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 05/01/2021 | $3,254.86 | | | | | $0.00 | $169,878.42 | | $4,226.39 | $363.77 | $0.00 |
| 06/25/2021 | | $1,627.43 | | PAYMENT MADE | 05/01/2021 | $1,627.43 | $260.57 | $566.26 | $800.60 | | $0.00 | $169,617.85 | | $5,026.99 | $363.77 | $0.00 |
| 06/28/2021 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 06/01/2021 | $1,627.43 | | | -$101.39 | | $0.00 | $169,617.85 | | $4,925.60 | $363.77 | $0.00 |
| 07/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 06/01/2021 | $3,254.86 | | | | | $0.00 | $169,617.85 | | $4,925.60 | $363.77 | $0.00 |
| 07/01/2021 | -$1,285.73 | -$1,285.73 | | HOMEOWNERS INSURANCE DISBURSED | 06/01/2021 | $3,254.86 | | | -$1,285.73 | | $0.00 | $169,617.85 | | $3,639.87 | $363.77 | $0.00 |
| 07/09/2021 | | $1,627.43 | | PAYMENT MADE | 06/01/2021 | $1,627.43 | $261.44 | $565.39 | $800.60 | | $0.00 | $169,356.41 | | $4,440.47 | $363.77 | $0.00 |
| 07/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 07/01/2021 | $1,627.43 | | | | | $0.00 | $169,356.41 | | $4,440.47 | $396.84 | $0.00 |
| 07/27/2021 | -$4,824.03 | -$4,824.03 | | SCHOOL TAX DISBURSEMENT | 07/01/2021 | $1,627.43 | | | -$4,824.03 | | $0.00 | $169,356.41 | | -$383.56 | $396.84 | $0.00 |
| 07/28/2021 | -$101.39 | -$101.39 | | MIP/PMI DISBURSEMENT | 07/01/2021 | $1,627.43 | | | -$101.39 | | $0.00 | $169,356.41 | | -$484.95 | $396.84 | $0.00 |
| 07/29/2021 | | $1,627.43 | | PAYMENT MADE | 07/01/2021 | $0.00 | $262.31 | $564.52 | $800.60 | | $0.00 | $169,094.10 | | $315.65 | $396.84 | $0.00 |
| 08/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 08/01/2021 | $1,627.43 | | | | | $0.00 | $169,094.10 | | $315.65 | $396.84 | $0.00 |
| 08/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 08/01/2021 | $1,627.43 | | | | | $0.00 | $169,094.10 | | $315.65 | $429.91 | $0.00 |
| 08/27/2021 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 08/01/2021 | $1,627.43 | | | -$98.85 | | $0.00 | $169,094.10 | | $216.80 | $429.91 | $0.00 |
| 08/30/2021 | | $1,627.43 | | PAYMENT MADE | 08/01/2021 | $0.00 | $263.18 | $563.65 | $800.60 | | $0.00 | $168,830.92 | | $1,017.40 | $429.91 | $0.00 |
| 09/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 09/01/2021 | $1,627.43 | | | | | $0.00 | $168,830.92 | | $1,017.40 | $429.91 | $0.00 |
| 09/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 09/01/2021 | $1,627.43 | | | | | $0.00 | $168,830.92 | | $1,017.40 | $462.98 | $0.00 |
| 09/28/2021 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 09/01/2021 | $1,627.43 | | | -$98.85 | | $0.00 | $168,830.92 | | $918.55 | $462.98 | $0.00 |
| 09/29/2021 | | $1,627.43 | | PAYMENT MADE | 09/01/2021 | $0.00 | $264.06 | $562.77 | $800.60 | | $0.00 | $168,566.86 | | $1,719.15 | $462.98 | $0.00 |
| 10/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 10/01/2021 | $1,627.43 | | | | | $0.00 | $168,566.86 | | $1,719.15 | $462.98 | $0.00 |
| 10/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 10/01/2021 | $1,627.43 | | | | | $0.00 | $168,566.86 | | $1,719.15 | $496.05 | $0.00 |
| 10/27/2021 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 10/01/2021 | $1,627.43 | | | -$98.85 | | $0.00 | $168,566.86 | | $1,620.30 | $496.05 | $0.00 |
| 11/01/2021 | $1,627.43 | | | MONTHLY PAYMENT DUE | 10/01/2021 | $3,301.37 | | | | | $0.00 | $168,566.86 | | $1,620.30 | $496.05 | $0.00 |
| 11/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 10/01/2021 | $3,301.37 | | | | | $0.00 | $168,566.86 | | $1,620.30 | $529.12 | $0.00 |
| 11/26/2021 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 10/01/2021 | $3,301.37 | | | -$98.85 | | $0.00 | $168,566.86 | | $1,521.45 | $529.12 | $0.00 |
| 11/26/2021 | $1,673.94 | $1,627.43 | | PAYMENT MADE | 11/01/2021 | $1,673.94 | $264.94 | $561.89 | $800.60 | | $0.00 | $168,301.92 | | $2,322.05 | $529.12 | $0.00 |
| 12/01/2021 | $1,673.94 | | | MONTHLY PAYMENT DUE | 11/01/2021 | $3,347.88 | | | | | $0.00 | $168,301.92 | | $2,322.05 | $529.12 | $0.00 |
| 12/01/2021 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 11/01/2021 | $3,347.88 | | | | | $0.00 | $168,301.92 | | $2,322.05 | $544.12 | $0.00 |

Account Activity / How Funds Were Applied/Amount Incurred / Balance After Amount Received or Incurred

| A. Transaction Date | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Principal Interest & Escrow Past Due | H. Amount to Principal | I. Amount to Interest | J. Amount to Escrow | K. Amount to Fees and Charges | L. Unapplied Funds | M. Principal Balance | N. Accrued Interest Balance | O. Escrow Balance | P. Fees/Charges Balance | Q. Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2021 | | | $33.07 | LATE CHARGE ASSESSED | 11/01/2021 | $3,347.88 | | | | | $0.00 | $168,301.92 | | $2,322.05 | $577.19 | $0.00 |
| 12/28/2021 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 11/01/2021 | $3,347.88 | | | -$98.85 | | $0.00 | $168,301.92 | | $2,223.20 | $577.19 | $0.00 |
| 12/29/2021 | $1,673.94 | $1,673.94 | | PAYMENT MADE | 11/01/2021 | $1,673.94 | $265.82 | $561.01 | $847.11 | | $0.00 | $168,036.10 | | $3,070.31 | $577.19 | $0.00 |
| 01/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 12/01/2021 | $3,347.88 | | | | | $0.00 | $168,036.10 | | $3,070.31 | $577.19 | $0.00 |
| 01/04/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 12/01/2021 | $3,347.88 | | | | | $0.00 | $168,036.10 | | $3,070.31 | $592.19 | $0.00 |
| 01/07/2022 | | -$1,673.94 | | REVERSAL: NSF PAYMENT | 12/01/2021 | $5,021.82 | -$265.82 | -$561.01 | -$847.11 | | $0.00 | $168,301.92 | | $2,223.20 | $592.19 | $0.00 |
| 01/07/2022 | | | $25.00 | NSF FEE BILLED | 11/01/2021 | $5,021.82 | | | | | $0.00 | $168,301.92 | | $2,223.20 | $617.19 | $0.00 |
| 01/10/2022 | | $1,673.94 | | PAYMENT MADE | 11/01/2021 | $3,347.88 | $265.82 | $561.01 | $847.11 | | $0.00 | $168,036.10 | | $3,070.31 | $617.19 | $0.00 |
| 01/18/2022 | | | $33.07 | LATE CHARGE ASSESSED | 12/01/2021 | $3,347.88 | | | | | $0.00 | $168,036.10 | | $3,070.31 | $650.26 | $0.00 |
| 01/21/2022 | | $1,673.94 | | PAYMENT MADE | 12/01/2021 | $1,673.94 | $266.71 | $560.12 | $847.11 | | $0.00 | $167,769.39 | | $3,917.42 | $650.26 | $0.00 |
| 01/27/2022 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 01/01/2021 | $1,673.94 | | | -$98.85 | | $0.00 | $167,769.39 | | $3,818.57 | $650.26 | $0.00 |
| 02/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 01/01/2022 | $3,347.88 | | | | | $0.00 | $167,769.39 | | $3,818.57 | $650.26 | $0.00 |
| 02/11/2022 | -$553.13 | -$553.13 | | COUNTY TAX DISBURSEMENT | 01/01/2022 | $3,347.88 | | | -$553.13 | | $0.00 | $167,769.39 | | $3,265.44 | $650.26 | $0.00 |
| 02/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 01/01/2022 | $3,347.88 | | | | | $0.00 | $167,769.39 | | $3,265.44 | $683.33 | $0.00 |
| 02/24/2022 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 01/01/2022 | $3,347.88 | | | -$98.85 | | $0.00 | $167,769.39 | | $3,166.59 | $683.33 | $0.00 |
| 02/28/2022 | | $1,673.94 | | PAYMENT MADE | 01/01/2022 | $1,673.94 | $267.60 | $559.23 | $847.11 | | $0.00 | $167,501.79 | | $4,013.70 | $683.33 | $0.00 |
| 02/28/2022 | -$1,961.36 | -$1,961.36 | | CITY TAX DISBURSEMENT | 02/01/2022 | $1,673.94 | | | -$1,961.36 | | $0.00 | $167,501.79 | | $2,052.34 | $683.33 | $0.00 |
| 03/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 02/01/2022 | $3,347.88 | | | | | $0.00 | $167,501.79 | | $2,052.34 | $683.33 | $0.00 |
| 03/02/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 02/01/2022 | $3,347.88 | | | | | $0.00 | $167,501.79 | | $2,052.34 | $698.33 | $0.00 |
| 03/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 02/01/2022 | $3,347.88 | | | | | $0.00 | $167,501.79 | | $2,052.34 | $731.40 | $0.00 |
| 03/18/2022 | | $1,698.94 | | PAYMENT MADE | 02/01/2022 | $1,673.94 | $268.49 | $558.34 | $847.11 | | $25.00 | $167,233.30 | | $2,899.45 | $731.40 | $25.00 |
| 03/18/2022 | | | | FEE(S) PAID: NSF FEES PAID | 03/01/2022 | $1,673.94 | | | | $25.00 | -$25.00 | $167,233.30 | | $2,899.45 | $706.40 | $0.00 |
| 03/29/2022 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 03/01/2022 | $1,673.94 | | | -$98.85 | | $0.00 | $167,233.30 | | $2,800.60 | $706.40 | $0.00 |
| 03/30/2022 | | $1,673.94 | | PAYMENT MADE | 03/01/2022 | $0.00 | $269.39 | $557.44 | $847.11 | | $0.00 | $166,963.91 | | $3,647.71 | $706.40 | $0.00 |
| 04/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 04/01/2022 | $1,673.94 | | | | | $0.00 | $166,963.91 | | $3,647.71 | $706.40 | $0.00 |
| 04/06/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 04/01/2022 | $1,673.94 | | | | | $0.00 | $166,963.91 | | $3,647.71 | $721.40 | $0.00 |
| 04/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 04/01/2022 | $1,673.94 | | | | | $0.00 | $166,963.91 | | $3,647.71 | $754.47 | $0.00 |
| 04/27/2022 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 04/01/2022 | $1,673.94 | | | -$98.85 | | $0.00 | $166,963.91 | | $3,548.86 | $754.47 | $0.00 |
| 05/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 04/01/2022 | $3,347.88 | | | | | $0.00 | $166,963.91 | | $3,548.86 | $754.47 | $0.00 |
| 05/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 04/01/2022 | $3,347.88 | | | | | $0.00 | $166,963.91 | | $3,548.86 | $787.54 | $0.00 |
| 05/26/2022 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 05/01/2022 | $1,673.94 | | | -$98.85 | | $0.00 | $166,963.91 | | $3,450.01 | $787.54 | $0.00 |
| 05/26/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 05/01/2022 | $1,673.94 | | | | | $0.00 | $166,963.91 | | $3,450.01 | $802.54 | $0.00 |
| 05/27/2022 | | $1,673.94 | | PAYMENT MADE | 04/01/2022 | $1,673.94 | $270.28 | $556.55 | $847.11 | | $0.00 | $166,693.63 | | $4,297.12 | $802.54 | $0.00 |
| 06/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 05/01/2022 | $3,347.88 | | | | | $0.00 | $166,693.63 | | $4,297.12 | $802.54 | $0.00 |
| 06/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 05/01/2022 | $3,347.88 | | | | | $0.00 | $166,693.63 | | $4,297.12 | $835.61 | $0.00 |
| 06/23/2022 | | $1,673.94 | | PAYMENT MADE | 05/01/2022 | $1,673.94 | $271.18 | $555.65 | $847.11 | | $0.00 | $166,422.45 | | $5,144.23 | $835.61 | $0.00 |
| 06/28/2022 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 06/01/2022 | $1,673.94 | | | -$98.85 | | $0.00 | $166,422.45 | | $5,045.38 | $835.61 | $0.00 |
| 07/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 06/01/2022 | $3,347.88 | | | | | $0.00 | $166,422.45 | | $5,045.38 | $835.61 | $0.00 |
| 07/01/2022 | -$1,393.91 | -$1,393.91 | | HOMEOWNERS INSURANCE DISBURSED | 06/01/2022 | $3,347.88 | | | -$1,393.91 | | $0.00 | $166,422.45 | | $3,651.47 | $835.61 | $0.00 |
| 07/05/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 06/01/2022 | $3,347.88 | | | | | $0.00 | $166,422.45 | | $3,651.47 | $850.61 | $0.00 |
| 07/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 06/01/2022 | $3,347.88 | | | | | $0.00 | $166,422.45 | | $3,651.47 | $883.68 | $0.00 |
| 07/22/2022 | | $1,673.94 | | PAYMENT MADE | 06/01/2022 | $1,673.94 | $272.09 | $554.74 | $847.11 | | $0.00 | $166,150.36 | | $4,498.58 | $883.68 | $0.00 |
| 07/27/2022 | -$98.85 | -$98.85 | | MIP/PMI DISBURSEMENT | 07/01/2022 | $1,673.94 | | | -$98.85 | | $0.00 | $166,150.36 | | $4,399.73 | $883.68 | $0.00 |

Case 24-10475-pmm    Claim 5-1    Filed 03/29/24    Desc Main Document    Page 8 of 11

| A. Transaction Date | Account Activity ||| E. Description | F. Contractual Due Date | G. Principal Interest & Escrow Past Due | How Funds Were Applied/Amount Incurred |||| Balance After Amount Received or Incurred |||| Q. Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | | | | H. Amount to Principal | I. Amount to Interest | J. Amount to Escrow | K. Amount to Fees and Charges | L. Unapplied Funds | M. Principal Balance | N. Accrued Interest Balance | O. Escrow Balance | P. Fees/Charges Balance | |
| 08/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 07/01/2022 | $3,347.88 | | | | | $0.00 | $166,150.36 | | $4,399.73 | $883.68 | $0.00 |
| 08/01/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 07/01/2022 | $3,347.88 | | | | | $0.00 | $166,150.36 | | $4,399.73 | $898.68 | $0.00 |
| 08/03/2022 | -$5,009.74 | -$5,009.74 | | SCHOOL TAX DISBURSEMENT | 07/01/2022 | $3,347.88 | | | -$5,009.74 | | $0.00 | $166,150.36 | | -$610.01 | $898.68 | $0.00 |
| 08/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 07/01/2022 | $3,347.88 | | | | | $0.00 | $166,150.36 | | -$610.01 | $931.75 | $0.00 |
| 08/23/2022 | | $1,673.94 | | PAYMENT MADE | 07/01/2022 | $1,673.94 | $273.00 | $553.83 | $847.11 | | $0.00 | $165,877.36 | | $237.10 | $931.75 | $0.00 |
| 08/26/2022 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 08/01/2022 | $1,673.94 | | | -$96.21 | | $0.00 | $165,877.36 | | $140.89 | $931.75 | $0.00 |
| 09/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 08/01/2022 | $3,347.88 | | | | | $0.00 | $165,877.36 | | $140.89 | $931.75 | $0.00 |
| 09/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 08/01/2022 | $3,347.88 | | | | | $0.00 | $165,877.36 | | $140.89 | $964.82 | $0.00 |
| 09/28/2022 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 08/01/2022 | $3,347.88 | | | -$96.21 | | $0.00 | $165,877.36 | | $44.68 | $964.82 | $0.00 |
| 09/29/2022 | | $1,673.94 | | PAYMENT MADE | 08/01/2022 | $1,673.94 | $273.91 | $552.92 | $847.11 | | $0.00 | $165,603.45 | | $891.79 | $964.82 | $0.00 |
| 10/01/2022 | $1,673.94 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $3,347.88 | | | | | $0.00 | $165,603.45 | | $891.79 | $964.82 | $0.00 |
| 10/06/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $3,347.88 | | | | | $0.00 | $165,603.45 | | $891.79 | $979.82 | $0.00 |
| 10/17/2022 | | | $33.07 | LATE CHARGE ASSESSED | 09/01/2022 | $3,347.88 | | | | | $0.00 | $165,603.45 | | $891.79 | $1,012.89 | $0.00 |
| 10/27/2022 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $3,347.88 | | | -$96.21 | | $0.00 | $165,603.45 | | $795.58 | $1,012.89 | $0.00 |
| 10/31/2022 | | $1,673.94 | | PAYMENT MADE | 09/01/2022 | $1,673.94 | $274.82 | $552.01 | $847.11 | | $0.00 | $165,328.63 | | $1,642.69 | $1,012.89 | $0.00 |
| 11/01/2022 | $1,698.44 | | | MONTHLY PAYMENT DUE | 10/01/2022 | $3,372.38 | | | | | $0.00 | $165,328.63 | | $1,642.69 | $1,012.89 | $0.00 |
| 11/09/2022 | | -$1,673.94 | | REVERSAL: NSF PAYMENT | 10/01/2022 | $5,046.32 | -$274.82 | -$552.01 | -$847.11 | | $0.00 | $165,603.45 | | $795.58 | $1,012.89 | $0.00 |
| 11/09/2022 | | | $25.00 | NSF FEE BILLED | 09/01/2022 | $5,046.32 | | | | | $0.00 | $165,603.45 | | $795.58 | $1,037.89 | $0.00 |
| 11/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 09/01/2022 | $5,046.32 | | | | | $0.00 | $165,603.45 | | $795.58 | $1,070.96 | $0.00 |
| 11/28/2022 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $5,046.32 | | | -$96.21 | | $0.00 | $165,603.45 | | $699.37 | $1,070.96 | $0.00 |
| 11/29/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $5,046.32 | | | | | $0.00 | $165,603.45 | | $699.37 | $1,085.96 | $0.00 |
| 12/01/2022 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $6,744.76 | | | | | $0.00 | $165,603.45 | | $699.37 | $1,085.96 | $0.00 |
| 12/16/2022 | | | $33.07 | LATE CHARGE ASSESSED | 09/01/2022 | $6,744.76 | | | | | $0.00 | $165,603.45 | | $699.37 | $1,119.03 | $0.00 |
| 12/28/2022 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $6,744.76 | | | -$96.21 | | $0.00 | $165,603.45 | | $603.16 | $1,119.03 | $0.00 |
| 12/28/2022 | | | $15.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $6,744.76 | | | | | $0.00 | $165,603.45 | | $603.16 | $1,134.03 | $0.00 |
| 01/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $8,443.20 | | | | | $0.00 | $165,603.45 | | $603.16 | $1,134.03 | $0.00 |
| 01/18/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $8,443.20 | | | | | $0.00 | $165,603.45 | | $603.16 | $1,154.03 | $0.00 |
| 01/27/2023 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $8,443.20 | | | -$96.21 | | $0.00 | $165,603.45 | | $506.95 | $1,154.03 | $0.00 |
| 02/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $10,141.64 | | | | | $0.00 | $165,603.45 | | $506.95 | $1,154.03 | $0.00 |
| 02/02/2023 | -$553.13 | -$553.13 | | COUNTY TAX DISBURSEMENT | 09/01/2022 | $10,141.64 | | | -$553.13 | | $0.00 | $165,603.45 | | -$46.18 | $1,154.03 | $0.00 |
| 02/23/2023 | | | $290.00 | FCL ATTY COSTS: TITLE | 09/01/2022 | $10,141.64 | | | | | $0.00 | $165,603.45 | | -$46.18 | $1,444.03 | $0.00 |
| 02/24/2023 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $10,141.64 | | | -$96.21 | | $0.00 | $165,603.45 | | -$142.39 | $1,444.03 | $0.00 |
| 03/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $11,840.08 | | | | | $0.00 | $165,603.45 | | -$142.39 | $1,444.03 | $0.00 |
| 03/02/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $11,840.08 | | | | | $0.00 | $165,603.45 | | -$142.39 | $1,464.03 | $0.00 |
| 03/07/2023 | -$1,672.26 | -$1,672.26 | | CITY TAX DISBURSEMENT | 09/01/2022 | $11,840.08 | | | -$1,672.26 | | $0.00 | $165,603.45 | | -$1,814.65 | $1,464.03 | $0.00 |
| 03/20/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $11,840.08 | | | | | $0.00 | $165,603.45 | | -$1,814.65 | $1,484.03 | $0.00 |
| 03/29/2023 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $11,840.08 | | | -$96.21 | | $0.00 | $165,603.45 | | -$1,910.86 | $1,484.03 | $0.00 |
| 03/30/2023 | | | $1,725.00 | FCL ATTY FEES BILLED | 09/01/2022 | $11,840.08 | | | | | $0.00 | $165,603.45 | | -$1,910.86 | $3,209.03 | $0.00 |
| 03/30/2023 | | | $203.75 | FCL ATTY COSTS: FILING COSTS | 09/01/2022 | $11,840.08 | | | | | $0.00 | $165,603.45 | | -$1,910.86 | $3,412.78 | $0.00 |
| 03/30/2023 | | | $250.00 | FCL ATTY COSTS: SERVICE | 09/01/2022 | $11,840.08 | | | | | $0.00 | $165,603.45 | | -$1,910.86 | $3,662.78 | $0.00 |
| 04/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $13,538.52 | | | | | $0.00 | $165,603.45 | | -$1,910.86 | $3,662.78 | $0.00 |
| 04/03/2023 | -$308.70 | -$308.70 | | CITY TAX DISBURSEMENT | 09/01/2022 | $13,538.52 | | | -$308.70 | | $0.00 | $165,603.45 | | -$2,219.56 | $3,662.78 | $0.00 |

Case 24-10475-pmm   Claim 5-1   Filed 03/29/24   Desc Main Document   Page 9 of 11

### Account Activity

| A. Transaction Date | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Principal Interest & Escrow Past Due | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | H. Amount to Principal | I. Amount to Interest | J. Amount to Escrow | K. Amount to Fees and Charges | L. Unapplied Funds | M. Principal Balance | N. Accrued Interest Balance | O. Escrow Balance | P. Fees/Charges Balance | Q. Unapplied Funds Balance |
| 04/13/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $13,538.52 | | | | | $0.00 | $165,603.45 | | -$2,219.56 | $3,682.78 | $0.00 |
| 04/26/2023 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $13,538.52 | | | -$96.21 | | $0.00 | $165,603.45 | | -$2,315.77 | $3,682.78 | $0.00 |
| 05/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $15,236.96 | | | | | $0.00 | $165,603.45 | | -$2,315.77 | $3,682.78 | $0.00 |
| 05/03/2023 | | | $690.00 | FCL ATTY FEES BILLED | 09/01/2022 | $15,236.96 | | | | | $0.00 | $165,603.45 | | -$2,315.77 | $4,372.78 | $0.00 |
| 05/12/2023 | | | -$168.08 | FEE(S) WAIVED: FCL SERVICE COSTS | 09/01/2022 | $15,236.96 | | | | | $0.00 | $165,603.45 | | -$2,315.77 | $4,204.70 | $0.00 |
| 05/19/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $15,236.96 | | | | | $0.00 | $165,603.45 | | -$2,315.77 | $4,224.70 | $0.00 |
| 05/26/2023 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $15,236.96 | | | -$96.21 | | $0.00 | $165,603.45 | | -$2,411.98 | $4,224.70 | $0.00 |
| 06/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $16,935.40 | | | | | $0.00 | $165,603.45 | | -$2,411.98 | $4,224.70 | $0.00 |
| 06/15/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $16,935.40 | | | | | $0.00 | $165,603.45 | | -$2,411.98 | $4,244.70 | $0.00 |
| 06/28/2023 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $16,935.40 | | | -$96.21 | | $0.00 | $165,603.45 | | -$2,508.19 | $4,244.70 | $0.00 |
| 07/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $18,633.84 | | | | | $0.00 | $165,603.45 | | -$2,508.19 | $4,244.70 | $0.00 |
| 07/03/2023 | -$1,484.82 | -$1,484.82 | | HOMEOWNERS INSURANCE DISBURSED | 09/01/2022 | $18,633.84 | | | -$1,484.82 | | $0.00 | $165,603.45 | | -$3,993.01 | $4,244.70 | $0.00 |
| 07/10/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $18,633.84 | | | | | $0.00 | $165,603.45 | | -$3,993.01 | $4,264.70 | $0.00 |
| 07/27/2023 | -$96.21 | -$96.21 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $18,633.84 | | | -$96.21 | | $0.00 | $165,603.45 | | -$4,089.22 | $4,264.70 | $0.00 |
| 07/28/2023 | -$5,082.66 | -$5,082.66 | | SCHOOL TAX DISBURSEMENT | 09/01/2022 | $18,633.84 | | | -$5,082.66 | | $0.00 | $165,603.45 | | -$9,171.88 | $4,264.70 | $0.00 |
| 08/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $20,332.28 | | | | | $0.00 | $165,603.45 | | -$9,171.88 | $4,264.70 | $0.00 |
| 08/04/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $20,332.28 | | | | | $0.00 | $165,603.45 | | -$9,171.88 | $4,284.70 | $0.00 |
| 08/08/2023 | | | $1,715.00 | FCL ATTY FEES BILLED | 09/01/2022 | $20,332.28 | | | | | $0.00 | $165,603.45 | | -$9,171.88 | $5,999.70 | $0.00 |
| 08/29/2023 | -$93.49 | -$93.49 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $20,332.28 | | | -$93.49 | | $0.00 | $165,603.45 | | -$9,265.37 | $5,999.70 | $0.00 |
| 09/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $22,030.72 | | | | | $0.00 | $165,603.45 | | -$9,265.37 | $5,999.70 | $0.00 |
| 09/14/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $22,030.72 | | | | | $0.00 | $165,603.45 | | -$9,265.37 | $6,019.70 | $0.00 |
| 09/27/2023 | -$93.49 | -$93.49 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $22,030.72 | | | -$93.49 | | $0.00 | $165,603.45 | | -$9,358.86 | $6,019.70 | $0.00 |
| 10/01/2023 | $1,698.44 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $6,019.70 | $0.00 |
| 10/05/2023 | | | $172.50 | FCL ATTY FEES BILLED | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $6,192.20 | $0.00 |
| 10/05/2023 | | | $21.00 | FCL ATTY COSTS: FILING COSTS | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $6,213.20 | $0.00 |
| 10/09/2023 | | | $20.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $6,233.20 | $0.00 |
| 10/09/2023 | | | $60.00 | FCL ATTY COSTS: FILING COSTS | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $6,293.20 | $0.00 |
| 10/12/2023 | | | $35.50 | FCL ATTY COSTS: COURT COSTS | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $6,328.70 | $0.00 |
| 10/12/2023 | | | $5.00 | FCL ATTY COSTS: FILING COSTS | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $6,333.70 | $0.00 |
| 10/12/2023 | | | $2,000.00 | FCL SHERIFF SALE DEPOSIT ADVANCED | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $8,333.70 | $0.00 |
| 10/26/2023 | | | -$20.00 | FEE(S) WAIVED: NSF FEES | 09/01/2022 | $23,729.16 | | | | | $0.00 | $165,603.45 | | -$9,358.86 | $8,313.70 | $0.00 |
| 10/27/2023 | -$93.49 | -$93.49 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $23,729.16 | | | -$93.49 | | $0.00 | $165,603.45 | | -$9,452.35 | $8,313.70 | $0.00 |
| 11/01/2023 | $1,698.71 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $25,427.87 | | | | | $0.00 | $165,603.45 | | -$9,452.35 | $8,313.70 | $0.00 |
| 11/28/2023 | -$93.49 | -$93.49 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $25,427.87 | | | -$93.49 | | $0.00 | $165,603.45 | | -$9,545.84 | $8,313.70 | $0.00 |
| 12/01/2023 | $1,698.71 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $27,126.58 | | | | | $0.00 | $165,603.45 | | -$9,545.84 | $8,313.70 | $0.00 |
| 12/11/2023 | | | $30.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $27,126.58 | | | | | $0.00 | $165,603.45 | | -$9,545.84 | $8,343.70 | $0.00 |
| 12/27/2023 | -$93.49 | -$93.49 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $27,126.58 | | | -$93.49 | | $0.00 | $165,603.45 | | -$9,639.33 | $8,343.70 | $0.00 |
| 12/29/2023 | | | $445.00 | APPRAISAL COSTS BILLED | 09/01/2022 | $27,126.58 | | | | | $0.00 | $165,603.45 | | -$9,639.33 | $8,788.70 | $0.00 |
| 01/01/2024 | $1,698.71 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $28,825.29 | | | | | $0.00 | $165,603.45 | | -$9,639.33 | $8,788.70 | $0.00 |
| 01/05/2024 | | | $30.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $28,825.29 | | | | | $0.00 | $165,603.45 | | -$9,639.33 | $8,818.70 | $0.00 |
| 01/29/2024 | -$93.49 | -$93.49 | | MIP/PMI DISBURSEMENT | 09/01/2022 | $28,825.29 | | | -$93.49 | | $0.00 | $165,603.45 | | -$9,732.82 | $8,818.70 | $0.00 |
| 02/01/2024 | $1,698.71 | | | MONTHLY PAYMENT DUE | 09/01/2022 | $30,524.00 | | | | | $0.00 | $165,603.45 | | -$9,732.82 | $8,818.70 | $0.00 |

| A. Transaction Date | B. Contractual Payment Amount | Account Activity C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Principal Interest & Escrow Past Due | How Funds Were Applied/Amount Incurred H. Amount to Principal | I. Amount to Interest | J. Amount to Escrow | K. Amount to Fees and Charges | L. Unapplied Funds | Balance After Amount Received or Incurred M. Principal Balance | N. Accrued Interest Balance | O. Escrow Balance | P. Fees/Charges Balance | Q. Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/02/2024 | -$553.13 | -$553.13 | | COUNTY TAX DISBURSEMENT | 09/01/2022 | $30,524.00 | | | -$553.13 | | $0.00 | $165,603.45 | | -$10,285.95 | $8,818.70 | $0.00 |
| 02/07/2024 | | | $30.00 | PROPERTY INSPECTION FEE BILLED | 09/01/2022 | $30,524.00 | | | | | $0.00 | $165,603.45 | | -$10,285.95 | $8,848.70 | $0.00 |
| **02/13/2024** | | | | **CH 13 BANKRUPTCY FILED** | 09/01/2022 | $30,524.00 | | | | | $0.00 | $165,603.45 | | -$10,285.95 | $8,848.70 | $0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE <u>EASTERN</u> DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br><br>Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>           Movant<br> v.<br>Victoria L. Stonewall<br><br>           Debtor(s) | Case No. 24-10475-pmm |

## CERTIFICATE OF SERVICE

 I hereby certify that I served a copy of the Proof of Claim filed on behalf of PENNYMAC LOAN SERVICES, LLC (Movant), via CM/ECF electronic filing and/or First Class U.S. Mail on the parties on the below matrix on March 29, 2024.

<u>*Parties Served via Electronic Notification:*</u>

MICHAEL A. CIBIK, Esquire
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Attorney for Debtor(s)

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Trustee

<u>*Parties Serviced via First Class Mail:*</u>

Victoria L. Stonewall
107 Country Run Dr
Coatesville, PA 19320-3069
Debtor(s)

                /s/ Jill Manuel-Coughlin, Esquire
              POWERS KIRN, LLC
              Jill Manuel-Coughlin, Esquire; Atty ID # 63252
              Harry B. Reese, Esquire; Atty ID #310501
              Karina Velter, Esquire; Atty ID #94781
              8 Neshaminy Interplex, Suite 215
              Trevose, PA 19053
              215-942-2090 phone; 215-942-8661 fax
              bankruptcy@powerskirn.com
              Attorney for Movant