# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br><br>                                  Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>                                  Movant<br>vs.<br>Victoria L. Stonewall<br><br>and<br>KENNETH E. WEST<br>                                  Respondents | Chapter 13 Proceeding<br><br>24-10475-pmm |

## CERTIFICATE OF SERVICE
## OF OBJECTION TO CONFIRMATION

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on April 3, 2024.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

*Parties Served via Electronic Notification:*

MICHAEL A. CIBIK, Esquire
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Debtor(s) Attorney

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Trustee

*Parties Serviced via First Class Mail:*

Victoria L. Stonewall
107 Country Run Dr
Coatesville, PA 19320-3069

/s/ Karina Velter, Esquire
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esquire; Atty ID # 63252
Harry B. Reese, Esquire; Atty ID #310501
Karina Velter, Esquire; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone; 215-942-8661 fax
bankruptcy@powerskirn.com
Attorney for Movant
Dated: 04/03/2024