# Earnings Statement

**ADP**

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

Period Beginning: 11/18/2023
Period Ending: 12/01/2023
Pay Date: 12/08/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:    0,$20 Additional Tax

VICKI STONEWALL
107 COUNTRY RUN DRIVE
COATESVILLE PA 19320

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | 52.50 | 3,461.54 | 86,076.94 |
| Holiday | | 15.00 | | |
| Personal | | 7.50 | | |
| Bonus | | | | 14,789.98 |
| Retroactive | | | | 346.17 |
| **Gross Pay** | | | **$3,461.54** | 101,213.09 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $3,306.91

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 103.85 | 3,036.45 |
| G.T.L. | 12.19 | 300.08 |
| 401K Elig Earns | 3,461.54 | 101,213.09 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -522.61 | 16,198.12 |
| Social Security Tax | -212.22 | 6,215.46 |
| Medicare Tax | -49.64 | 1,453.62 |
| PA State Income Tax | -104.71 | 3,068.40 |
| Coatesville Income Tax | -85.27 | 2,498.76 |
| Plymouth Twp Local Svc Tax | -2.00 | 50.00 |
| PA SUI Tax | -2.42 | 70.85 |

| Other | | |
|---|---|---|
| Accident Ins | -4.80 | |
| Dental | -2.20* | 49.28 |
| Med Base Plan | -48.58* | 1,214.50 |
| 401K | -103.85* | 3,036.45 |
| 401K Loan | -140.17 | 3,223.91 |
| **Net Pay** | | **$2,183.07** |
| Checking | -2,083.07 | |
| CHECKING | -100.00 | |
| **Net Check** | | **$0.00** |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-869-3000

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

---

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

**Advice number:** 00000490202
**Pay date:** 12/08/2023

THIS IS NOT A CHECK

**Deposited to the account of**
VICKI STONEWALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0542 | xxxx xxxx | $2,083.07 |
| xxxxxx6995 | xxxx xxxx | $100.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

```
MM4  801055  042119  CPG  000050217
```

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

Period Beginning:  12/02/2023
Period Ending:     12/15/2023
Pay Date:          12/22/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:    0,$20 Additional Tax

VICKI STONEWALL
107 COUNTRY RUN DRIVE
COATESVILLE PA 19320

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | 75.00 | 3,461.54 | 89,538.48 |
| Bonus | | | | 14,789.98 |
| Retroactive | | | | 346.17 |
| **Gross Pay** | | | **$3,461.54** | 104,674.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -522.61 | 16,720.73 |
| | Social Security Tax | -212.23 | 6,427.69 |
| | Medicare Tax | -49.63 | 1,503.25 |
| | PA State Income Tax | -104.71 | 3,173.11 |
| | Coatesville Income Tax | -85.27 | 2,584.03 |
| | Plymouth Twp Local Svc Tax | -2.00 | 52.00 |
| | PA SUI Tax | -2.42 | 73.27 |
| **Other** | | | |
| | Accident Ins | -4.80 | |
| | Dental | -2.20* | 51.48 |
| | Med Base Plan | -48.58* | 1,263.08 |
| | 401K | -103.85* | 3,140.30 |
| | 401K Loan | -140.17 | 3,364.08 |
| **Net Pay** | | **$2,183.07** | |
| | Checking | -2,083.07 | |
| | CHECKING | -100.00 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $3,306.91

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Er 401K Match | 103.85 | 3,140.30 |
| G.T.L. | 12.19 | 312.27 |
| 401K Elig Earns | 3,461.54 | 104,674.63 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-869-3000

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

**Advice number:** 00000510217
**Pay date:** 12/22/2023

THIS IS NOT A CHECK

**Deposited to the account of**
VICKI STONEWALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0542 | xxxx xxxx | $2,083.07 |
| xxxxxx6995 | xxxx xxxx | $100.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

Period Beginning:    12/16/2023
Period Ending:       12/29/2023
Pay Date:            01/05/2024

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:    0,$20 Additional Tax

VICKI STONEWALL
107 COUNTRY RUN DRIVE
COATESVILLE PA 19320

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | 37.50 | 3,461.54 | 3,461.54 |
| Holiday | | 7.50 | | |
| Vacation | | 30.00 | | |
| **Gross Pay** | | | **$3,461.54** | 3,461.54 |

Your federal taxable wages this period are $3,306.91

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 103.85 | 103.85 |
| G.T.L. | 12.19 | 12.19 |
| 401K Elig Earns | 3,461.54 | 3,461.54 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-869-3000

BASIS OF PAY: SALARY

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -506.49 | 506.49 | |
| Social Security Tax | -212.22 | 212.22 | |
| Medicare Tax | -49.63 | 49.63 | |
| PA State Income Tax | -104.71 | 104.71 | |
| Coatesville Income Tax | -85.27 | 85.27 | |
| Plymouth Twp Local Svc Tax | -2.00 | 2.00 | |
| PA SUI Tax | -2.42 | 2.42 | |
| **Other** | | | |
| Accident Ins | -4.80 | | |
| Dental | -2.20* | 2.20 | |
| Med Base Plan | -48.58* | 48.58 | |
| 401K | -103.85* | 103.85 | |
| 401K Loan | -140.17 | 140.17 | |
| **Net Pay** | **$2,199.20** | | |
| Checking | -2,099.20 | | |
| CHECKING | -100.00 | | |
| **Net Check** | **$0.00** | | |

* Excluded from federal taxable wages

© 2000 ADP, Inc.

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

**Advice number:**    00000010204
Pay date:             01/05/2024

**Deposited to the account of**
VICKI STONEWALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0542 | xxxx xxxx | $2,099.20 |
| xxxxxx6995 | xxxx xxxx | $100.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

```
MM4   801055   042119   CPG   000000028
```

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

Period Beginning:   12/30/2023
Period Ending:      01/12/2024
Pay Date:           01/19/2024

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:   0,$20 Additional Tax

VICKI STONEWALL
107 COUNTRY RUN DRIVE
COATESVILLE PA 19320

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | 67.50 | 3,461.54 | 6,923.08 |
| Holiday | | 7.50 | | |
| **Gross Pay** | | | **$3,461.54** | 6,923.08 |

Your federal taxable wages this period are
$3,306.91

**Deductions**   **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -506.49 | 1,012.98 |
| Social Security Tax | -212.23 | 424.45 |
| Medicare Tax | -49.64 | 99.27 |
| PA State Income Tax | -104.71 | 209.42 |
| Coatesville Income Tax | -85.27 | 170.54 |
| Plymouth Twp Local Svc Tax | -2.00 | 4.00 |
| PA SUI Tax | -2.43 | 4.85 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident Ins | -4.80 | |
| Dental | -2.20* | 4.40 |
| Med Base Plan | -48.58* | 97.16 |
| 401K | -103.85* | 207.70 |
| 401K Loan | -140.17 | 280.34 |
| **Net Pay** | **$2,199.17** | |
| Checking | -2,099.17 | |
| CHECKING | -100.00 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Er 401K Match | 103.85 | 207.70 |
| G.T.L. | 12.19 | 24.38 |
| 401K Elig Earns | 3,461.54 | 6,923.08 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-869-3000

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

**Advice number:**   00000030281
**Pay date:**        01/19/2024

**Deposited to the account of**
**VICKI STONEWALL**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0542 | xxxx xxxx | $2,099.17 |
| xxxxxx6995 | xxxx xxxx | $100.00 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

Period Beginning: 01/13/2024
Period Ending: 01/26/2024
Pay Date: 02/02/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:        0,$20 Additional Tax

VICKI STONEWALL
107 COUNTRY RUN DRIVE
COATESVILLE PA 19320

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3461.54 | 67.50 | 3,461.54 | 10,384.62 |
| Holiday |  | 7.50 |  |  |
| **Gross Pay** |  |  | **$3,461.54** | 10,384.62 |

Your federal taxable wages this period are
$3,306.91

| **Deductions** | **Statutory** |  |  |
|---|---|---|---|
|  | Federal Income Tax | -506.49 | 1,519.47 |
|  | Social Security Tax | -212.22 | 636.67 |
|  | Medicare Tax | -49.63 | 148.90 |
|  | PA State Income Tax | -104.71 | 314.13 |
|  | Coatesville Income Tax | -85.27 | 255.81 |
|  | Plymouth Twp Local Svc Tax | -2.00 | 6.00 |
|  | PA SUI Tax | -2.42 | 7.27 |
|  | **Other** |  |  |
|  | Accident Ins | -4.80 |  |
|  | Dental | -2.20* | 6.60 |
|  | Med Base Plan | -48.58* | 145.74 |
|  | Misc | -7.71 | 7.71 |
|  | 401K | -103.85* | 311.55 |
|  | 401K Loan | -140.17 | 420.51 |
|  | **Net Pay** |  | **$2,191.49** |
|  | Checking | -2,091.49 |  |
|  | CHECKING | -100.00 |  |
|  | **Net Check** |  | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 12.19 | 36.57 |
| 401K Elig Earns | 3,461.54 | 10,384.62 |
| Er 401K Match |  | 207.70 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-869-3000

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

BRIXMOR EMPLOYMENT COMPANY, LLC
450 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017
COMPANY PH# : 212-869-3000

Advice number: 00000050202
Pay date: 02/02/2024



**Deposited to the account of**
VICKI STONEWALL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0542 | xxxx xxxx | $2,091.49 |
| xxxxxx6995 | xxxx xxxx | $100.00 |

**NON-NEGOTIABLE**