**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Victoria** | **L.** | **Stonewall** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Eastern**  District of **Pennsylvania**

Case number **24-10475**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1 Ashley Funding Services, LLC**     Last 4 digits of account number  __ __ __ __     **$117.72**
Nonpriority Creditor's Name

**c/o Resurgent Capital Services**     When was the debt incurred?

**Po Box 10587**
Number   Street     As of the date you file, the claim is: Check all that apply.
☐ Contingent
**Greenville, SC 29603-0587**     ☐ Unliquidated
City   State   ZIP Code     ☐ Disputed

**Who incurred the debt?** Check one.     **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only     ☐ Student loans
☐ Debtor 2 only     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**     ☑ Other. Specify **Medical Bill**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Victoria** **L.** **Stonewall** _____ Case number *(if known)* **24-10475**
         First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**    Total claim

---

**4.2**  **Capital Bank N.A.**    Last 4 digits of account number  **7  4  4  8**    **$131.00**
Nonpriority Creditor's Name
**2275 Research Blvd Ste 600**    When was the debt incurred?    **3/1/2021**
Number       Street

**Rockville, MD 20850-6238**    **As of the date you file, the claim is:** Check all that apply.
City          State      ZIP Code
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only
❏ Debtor 2 only       ❏ Student loans
❏ Debtor 1 and Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ At least one of the debtors and another
❏ Check if this claim is for a community debt    ❏ Debts to pension or profit-sharing plans, and other similar debts
                            ☑ Other. Specify  **CreditCard**
**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.3**  **Chase Card Services**    Last 4 digits of account number  **8  4  5  3**    **$3,679.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**    When was the debt incurred?    **8/1/2016**

**P.O. 15298**
Number       Street

**Wilmington, DE 19850**    **As of the date you file, the claim is:** Check all that apply.
City          State      ZIP Code
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only
❏ Debtor 2 only       ❏ Student loans
❏ Debtor 1 and Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ At least one of the debtors and another
❏ Check if this claim is for a community debt    ❏ Debts to pension or profit-sharing plans, and other similar debts
                            ☑ Other. Specify  **CreditCard**
**Is the claim subject to offset?**
☑ No
❏ Yes

Debtor 1  **Victoria** **L.** **Stonewall**    Case number *(if known)* **24-10475**
First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.4** **LVNV Funding, LLC**    Last 4 digits of account number ___ ___ ___ ___    **$105.99**
Nonpriority Creditor's Name
**Resurgent Capital Services**    When was the debt incurred? _____

**PO Box 10587**
Number   Street    **As of the date you file, the claim is:** Check all that apply.
**Greenville, SC 29603-0587**    ☐ Contingent
City   State   ZIP Code    ☐ Unliquidated
   ☐ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only    ☐ Student loans
☐ Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other. Specify  **Goods and Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.5** **Midland Funding, LLC**    Last 4 digits of account number  **4** **7** **6** **8**    **$1,077.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**    When was the debt incurred?  **2/1/2018**

**PO Box 939069**
Number   Street    **As of the date you file, the claim is:** Check all that apply.
**San Diego, CA 92193**    ☐ Contingent
City   State   ZIP Code    ☐ Unliquidated
   ☐ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only    ☐ Student loans
☐ Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other. Specify  **FactoringCompanyAccount**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Victoria** **L.** **Stonewall**  Case number *(if known)* **24-10475**
First Name  Middle Name  Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims – Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

**4.6** **Pennsylvania American Water**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**852 Wesley Dr**
Number  Street

**Mechanicsburg, PA 17055-4436**
City  State  ZIP Code

Last 4 digits of account number  __ __ __ __  **$453.35**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.7** **Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**150 Corporate Blvd**
Number  Street

**Norfolk, VA 23502-4952**
City  State  ZIP Code

Last 4 digits of account number  **7 0 5 7**  **$612.00**

When was the debt incurred?  **7/1/2019**

As of the date you file, the claim is: Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **FactoringCompanyAccount**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| Debtor 1 | Victoria | L. | Stonewall | Case number *(if known)* 24-10475 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.8  Vance & Huffman Llc**
Nonpriority Creditor's Name
**55 Monette Parkway**
Number        Street

**Smithfield, VA 23430-2577**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **8  0  1  5**    **$3,778.00**
**When was the debt incurred?**   **11/1/2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CollectionAttorney**

---

**4.9  Wells Fargo Bank NA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**

**1 Home Campus MAC X2303-01A 3rd Floor**
Number        Street
**Des Moines, IA 50328**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7  6  8  7**    **$2,104.00**
**When was the debt incurred?**   **8/1/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

---

| Debtor 1 | **Victoria** | **L.** | **Stonewall** | Case number *(if known)* **24-10475** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$0.00** |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$12,058.06** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$12,058.06** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Victoria** | **L.** | **Stonewall** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** | | |
| Case number (if known) | **24-10475** | | |

☑ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____.  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Victoria L. Stonewall**

Victoria L. Stonewall, Debtor 1

Date **06/10/2024**
       MM/  DD/  YYYY

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**