**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Victoria L. Stonewall,<br><br>*Debtor*. | Case No. 24-10475-PMM<br>Chapter 13 |

**Motion to Approve Partial Claim Mortgage**

Debtor Victoria L. Stonewall, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on February 13, 2024. She has filed a plan and all schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b).

2. The Debtor's plan has not yet been confirmed.

3. Mortgage Company PennyMac Loan Services LLC filed a proof of claim docketed as Claim No. 5 for a mortgage secured by the Debtor's principal residence.

4. The Mortgage Company's claim indicates an arrearage of $39,532.19 as of the petition date.

5. The Debtor has entered into an agreement with the Mortgage Company for a partial claim mortgage in the amount of $39,298.51 to cure the pre-petition arrearage.

6. The full terms of the partial claim mortgage are set forth in the agreement attached as Exhibit A.

7. The Debtor will cure the remaining arrearage of $233.68 through the plan.

8. Approval of the partial claim mortgage is in the best interests of the Debtor, the Mortgage Company, and the bankruptcy estate.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 18, 2024				CIBIK LAW, P.C.
						*Attorney for Debtor*

						By: _____
						Mike Assad (#330937)
						1500 Walnut Street, Suite 900
						Philadelphia, PA 19102
						215-735-1060
						help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: June 18, 2024				_____
						Mike Assad