# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Victoria L. Stonewall,<br><br>　　　　　　　　　　*Debtor*. | Case No. 24-10475-PMM<br>Chapter 13 |

### Order Granting Motion to Approve Partial Claim Mortgage

And now, after consideration of the Motion to Approve Partial Claim Mortgage filed by Debtor Victoria L. Stonewall, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The partial claim mortgage filed at ECF No. 31-1 is **APPROVED**.

Date: **July 24, 2024**

*/s/ Patricia M. Mayer/*

Patricia M. Mayer
U.S. Bankruptcy Judge