IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br><br>Debtor(s) | Chapter 13<br><br>Case No.: 24-10475 PMM |
| PENNYMAC LOAN SERVICES, LLC<br><br>Movant<br><br>v.<br><br>Victoria L. Stonewall<br><br>Respondent | |

**PRAECIPE TO WITHDRAW
OBJECTION TO THE CONFIRMATION OF PLAN**

PENNYMAC LOAN SERVICES, LLC respectfully withdraws its OBJECTION TO THE CONFIRMATION OF PLAN, which was filed on 04/03/2024, at docket #21.

Dated: November 5, 2024

/s/ Karina Velter, Esquire
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br><br>Debtor(s) | Case No.: 24-10475 PMM |
| PENNYMAC LOAN SERVICES, LLC<br><br>Movant<br><br>v.<br>Victoria L. Stonewall<br><br>Respondent | |

## CERTIFICATION OF SERVICE

I certify that a copy of PENNYMAC LOAN SERVICES, LLC's PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF PLAN was served upon the following parties via First Class Mail and/or CM/ECF electronic filing on November 5, 2024.

<u>Parties served via Electronic Notification:</u>

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia PA  19107
ecfemails@ph13trustee.com
Trustee

Michael A. Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA  19102
help@cibiklaw.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Victoria L. Stonewall
107 Country Run Drive
Coatesville PA  19320-3069
Debtor


Dated:  November 5, 2024

  <u>/s/ Karina Velter, Esquire</u>
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant