11589168 B:9624 P:683 ASM
09/29/2017 12:47:39 PM Page 1 of 2
Rec Fees: $76.50
Rick Loughery Recorder of Deeds, Chester County, PA



Recording Requested By:

Prepared By:
**LUZVIMINDA C BANATICLA**
**P.O. BOX 250**
**ORANGE, CA 92856**
**(714) 385-3500**

And When Recorded Mail To:
**OLD REPUBLIC**
**P.O. BOX 250**
**ORANGE, CA 92856**
**(714) 385-3500**

✓   **BEING UPI# 16-4-242**
Property Address: **107 COUNTRY RUN DR, COASTESVILLE, PA 19320-0000**.
_____ Space above for Recorder's use _____
MERS MIN#: ▓▓▓▓▓▓▓▓▓▓▓   PHONE#: **(888) 679-6377**
Customer#: **1/2**   Service#: ▓▓▓▓▓▓▓▓▓▓▓

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS, P.O. BOX 2026, FLINT, MI 48501-2026**, hereby assign and transfer to **PENNYMAC LOAN SERVICES, LLC**, **3043 TOWNSGATE ROAD SUITE #200, WESTLAKE VILLAGE, CA 91361-0000**, all its right, title and interest in and to said Mortgage in the amount of **$160,538.00**, recorded in the State of **PENNSYLVANIA**, CITY of **COATESVILLE**, County of **CHESTER** Official Records, dated **JULY 22, 2016** and recorded on **JULY 27, 2016**, as Instrument No. **11487186**, in Book No. **9357**, at Page No. **1431**.
Executed by: **VICTORIA L. STONEWALL, AN UNMARRIED WOMAN** (Original Mortgagor).
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS**.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") WHOSE ADDRESS IS 1901 E. VOORHEES STREET, SUITE C, DANVILLE, IL, 61834, P O BOX 2026, FLINT, MI, 48501-2026

*Accommodation*

EXHIBIT C

Srv#: ▮▮▮▮
Page 2

Date: 9-14-17

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS**

By: _[signature]_
(Name, Title):    Linda Cobb, Assistant Secretary

State of    **TEXAS**         }
County of   **TARRANT**       } ss.

On 9-14-17, before me, the undersigned officer, personally appeared Linda Cobb, who acknowledged herself/himself to be the Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR EVERETT FINANCIAL, INC. D/B/A SUPREME LENDING, ITS SUCCESSORS AND ASSIGNS, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_[signature]_
(Notary Name): Hilda Mireya De La Cruz
My commission expires: 07/05/21

HILDA MIREYA DE LA CRUZ
Notary ID #126856740
My Commission Expires
July 5, 2021

I hereby certify that the precise address of the within named assignee is: 3043 TOWNSGATE ROAD SUITE #200, WESTLAKE VILLAGE, CA 91361-0000

By: _[signature]_
(Name, Title):    Linda Cobb, Assistant Secretary