```
11724342 B: 10127 P: 1883 MTG
03/27/2020 09:15:49 AM Page 1 of 16
Rec Fees: $142.75   State: $0.00
Chris Pielli Recorder of Deeds, Chester County, PA
```



RECORDER OF DEEDS

*(Space above reserved for Recorder of Security Instruments certification)*

Loan Number: ▓▓▓▓▓▓▓

**Title of Document:** HOME AFFORDABLE MODIFICATION AGREEMENT

**Date of Document:** FEBRUARY 18, 2020

**Grantor(s):** VICTORIA L STONEWALL

**Grantor(s) Mailing Address:** 107 COUNTRY RUN DRIVE, COASTESVILLE, PENNSYLVANIA 19320

**Grantee(s):** PENNYMAC LOAN SERVICES LLC

**Grantee(s) Mailing Address:** 6101 CONDOR DRIVE, MOORPARK, CALIFORNIA 93021

**Legal Description:**
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".
A.P.N.: 16-04-0242

16-4-242 ✓

Prepared by: Wendy Powers (866)695-4122 Ext 2892.
PennyMac Loan Services LLC (866)545-9070
Address: 6101 Condor Drive
Moorpark, CA 93021

**Reference Book and Page(s):** Book: 9357, Page: 1431

*(If there is not sufficient space on this page for the information required, state the page reference where it is contained within the document.)*

RECORDER'S COVER PAGE
RCP.CST 11/26/14

DocMagic eRecord
www.docmagic.com

EXHIBIT D

11724342 B: 10127 P: 1884 MTG
03/27/2020 09:15:49 AM Page 2 of 16

This Instrument Prepared By:

After Recording Return To: PENNYMAC LOAN SERVICES LLC
6101 CONDOR DRIVE
MOORPARK, CALIFORNIA 93021
Loan Number:

Uniform Parcel Identifier Number: 16-04-0242

Property Address: 107 COUNTRY RUN DRIVE, COASTESVILLE, PENNSYLVANIA 19320

------- [Space Above This Line For Recording Data] -------

Investor Loan #:

# HOME AFFORDABLE MODIFICATION AGREEMENT

Borrower ("I")[1]: VICTORIA L STONEWALL

Lender or Servicer ("Lender"): PENNYMAC LOAN SERVICES LLC

Date of first lien mortgage, deed of trust, or
security deed ("Mortgage") and Note ("Note"): JULY 22, 2016

Loan Number:

---

[1] If more than one Borrower or Mortgagor is executing this document, each is referred to as "I." For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                                Page 1 of 12

DocMagic eForms
www.docmagic.com

Property Address ("Property"): 107 COUNTRY RUN DRIVE, COASTESVILLE, PENNSYLVANIA 19320

If my representations and covenants in Section 1 continue to be true in all material respects, then this Home Affordable Modification Agreement ("Agreement") will, as set forth in Section 3, amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Agreement and not defined have the meaning given to them in Loan Documents.

I understand that after I sign and return two copies of this Agreement to the Lender, the Lender will send me a signed copy of this Agreement. This Agreement will not take effect unless the preconditions set forth in Section 2 have been satisfied.

1. **My Representations and Covenants.** I certify, represent to Lender, covenant and agree:

   A. I am experiencing a financial hardship, and as a result, (i) I am in default under the Loan Documents or my default is imminent, and (ii) I do not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

   B. One of the borrowers signing this Agreement lives in the Property as a principal residence, and the Property has not been condemned;

   C. There has been no impermissible change in the ownership of the Property since I signed the Loan Documents. A permissible change would be any transfer that the Lender is required by law to allow, such as a transfer to add or remove a family member, spouse or domestic partner of the undersigned in the event of a death, divorce or marriage;

   D. I have provided documentation for all income that I receive (and I understand that I am not required to disclose child support or alimony unless I chose to rely on such income when requesting to qualify for the Home Affordable Modification Program ("Program"));

   E. Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the Program, are true and correct;

   F. If Lender requires me to obtain credit counseling in connection with the Program, I will do so; and

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                               Page 2 of 12

DocMagic eForms
www.docmagic.com

G. I have made or will make all payments required under a Trial Period Plan.

*[Check box if following applies:]*

☐ H. I was discharged in a Chapter 7 bankruptcy proceeding subsequent to the execution of the Loan Documents. Based on this representation, Lender agrees that I will not have personal liability on the debt pursuant to this Agreement.

2. **Acknowledgments and Preconditions to Modification.** I understand and acknowledge that:

   A. If prior to the Modification Effective Date as set forth in Section 3 the Lender determines that any of my representations in Section 1 are no longer true and correct or any covenant in Section 1 has not been performed, the Loan Documents will not be modified and this Agreement will terminate. In that event, the Lender will have all of the rights and remedies provided by the Loan Documents; and

   B. I understand that the Loan Documents will not be modified unless and until (i) the Lender accepts this Agreement by signing and returning a copy of it to me, and (ii) the Modification Effective Date (as defined in Section 3) has occurred. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Agreement.

3. **The Modification.** If my representations and covenants in Section 1 continue to be true in all material respects and all preconditions to the modification set forth in Section 2 have been met, the Loan Documents will automatically become modified on APRIL 1, 2020 (the "Modification Effective Date") and all unpaid late charges that remain unpaid will be waived. I understand that if I have failed to make any payments as a precondition to this modification under a Trial Period Plan, this modification will not take effect. The first modified payment will be due on APRIL 1, 2020

   A. The Maturity Date will be: MARCH 1, 2050

   B. The modified Principal balance of my Note will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to the Lender but not previously credited to my Loan *[Check box if following applies:* ☐ and less Principal in the amount of $ N/A which has been forgiven]. The new principal balance

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA 02/25/15                     Page 3 of 12

DocMagic eForms
www.docmagic.com

11724342 B: 10127 P: 1887 MTG
03/27/2020 09:15:49 AM Page 5 of 16

of my Note will be $ 173,188.07  (the "New Principal Balance"). I understand that by agreeing to add the Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. I also understand that this means interest will now accrue on the unpaid Interest that is added to the outstanding principal balance, which would not happen without this Agreement.

C. Interest at the rate of 4.000 % will begin to accrue on the New Principal Balance as of MARCH 1, 2020 and the first new monthly payment on the New Principal Balance will be due on APRIL 1, 2020. My payment schedule for the modified Loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-31 | 4.000% | 03/01/2020 | 826.83 | 797.45 | 1,624.28 | 04/01/2020 | 360 |

*The escrow payments may be adjusted periodically in accordance with applicable law and therefore my total monthly payment may change accordingly.

The above terms in this Section 3.C. shall supersede any provisions to the contrary in the Loan Documents, including but not limited to, provisions for an adjustable, step or simple interest rate.

I understand that, if I have a pay option adjustable rate mortgage loan, upon modification, the minimum monthly payment option, the interest-only or any other payment options will no longer be offered and that the monthly payments described in

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                    Page 4 of 12

DocMagic eForms
www.docmagic.com

the above payment schedule for my modified Loan will be the minimum payment that will be due each month for the remaining term of the Loan. My modified Loan will not have a negative amortization feature that would allow me to pay less than the interest due resulting in any unpaid interest being added to the outstanding principal balance.

D. I will be in default if I do not comply with the terms of the Loan Documents, as modified by this Agreement.

E. If a default rate of interest is permitted under the Loan Documents, then in the event of default under the Loan Documents, as amended, the interest that will be due will be the rate set forth in Section 3.C.

4. **Additional Agreements.** I agree to the following:

A. That all persons who signed the Loan Documents or their authorized representative(s) have signed this Agreement, unless (i) a borrower or co-borrower is deceased; (ii) the borrower and co-borrower are divorced and the property has been transferred to one spouse in the divorce decree, the spouse who no longer has an interest in the property need not sign this Agreement (although the non-signing spouse may continue to be held liable for the obligation under the Loan Documents); or (iii) the Lender has waived this requirement in writing.

B. That this Agreement shall supersede the terms of any modification, forbearance, Trial Period Plan or other Workout Plan that I previously entered into with Lender.

C. To comply, except to the extent that they are modified by this Agreement, with all covenants, agreements, and requirements of Loan Documents including my agreement to make all payments of taxes, insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my Loan.

D. That this Agreement constitutes notice that the Lender's waiver as to payment of Escrow Items, if any, has been revoked, and I have been advised of the amount needed to fully fund my escrow account.

E. That the Loan Documents as modified by this Agreement are duly valid, binding agreements, enforceable in accordance with their terms and are hereby reaffirmed.

F. That all terms and provisions of the Loan Documents, except as expressly modified by this Agreement, remain in full force and effect; nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents; and that except as otherwise specifically

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                                    Page 5 of 12

DocMagic eForms
www.docmagic.com

provided in, and as expressly modified by, this Agreement, the Lender and I will be bound by, and will comply with, all of the terms and conditions of the Loan Documents.

G. That, as of the Modification Effective Date, notwithstanding any other provision of the Loan Documents, if all or any part of the Property or any interest in it is sold or transferred without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by the Mortgage. Lender shall not exercise this option if state or federal law, rules or regulations prohibit the exercise of such option as of the date of such sale or transfer. If Lender exercises this option, Lender shall give me notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which I must pay all sums secured by the Mortgage. If I fail to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Mortgage without further notice or demand on me.

H. That, as of the Modification Effective Date, I understand that the Lender will only allow the transfer and assumption of the Loan, including this Agreement, to a transferee of my property as permitted under the Garn St. Germain Act, 12 U.S.C. Section 1701j-3. A buyer or transferee of the Property will not be permitted, under any other circumstance, to assume the Loan. Except as noted herein, this Agreement may not be assigned to, or assumed by, a buyer or transferee of the Property.

I. That, as of the Modification Effective Date, if any provision in the Note or in any addendum or amendment to the Note allowed for the assessment of a penalty for full or partial prepayment of the Note, such provision is null and void.

J. That, I will cooperate fully with Lender in obtaining any title endorsement(s), or similar title insurance product(s), and/or subordination agreement(s) that are necessary or required by the Lender's procedures to ensure that the modified mortgage Loan is in first lien position and/or is fully enforceable upon modification and that if, under any circumstance and not withstanding anything else to the contrary in this Agreement, the Lender does not receive such title endorsement(s), title insurance product(s) and/or subordination agreement(s), then the terms of this Agreement will not become effective on the Modification Effective Date and the Agreement will be null and void.

K. That I will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                    Page 6 of 12

DocMagic eForms
www.docmagic.com

conditions of this Agreement if an error is detected after execution of this Agreement. I understand that either a corrected Agreement or a letter agreement containing the correction will be provided to me for my signature. At Lender's option, this Agreement will be void and of no legal effect upon notice of such error. If I elect not to sign any such corrective documentation, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement, and I will not be eligible for a modification under the Home Affordable Modification Program.

L. Mortgage Electronic Registration Systems, Inc. ("MERS") is a separate corporation organized and existing under the laws of Delaware and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, (888) 679-MERS. In cases where the loan has been registered with MERS who has only legal title to the interests granted by the borrower in the mortgage and who is acting solely as nominee for Lender and Lender's successors and assigns, MERS has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling the mortgage loan.

M. That Lender will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. In addition, I understand and consent to the disclosure of my personal information and the terms of the Trial Period Plan and this Agreement by Lender to (i) the U.S. Department of the Treasury; (ii) Fannie Mae and Freddie Mac in connection with their responsibilities under the Home Affordability and Stability Plan; (iii) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (iv) companies that perform support services for the Home Affordable Modification Program and the Second Lien Modification Program; and (v) any HUD certified housing counselor.

N. That if any document related to the Loan Documents and/or this Agreement is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the Loan as modified, or is otherwise missing, I will comply with the Lender's request to execute, acknowledge, initial and deliver to the Lender any documentation the Lender deems necessary. If the Note is replaced, the Lender hereby indemnifies me against any loss associated with a demand on the Note. All documents the Lender requests of me under this Section 4.N. shall be referred to as "Documents." I agree to deliver the Documents within ten (10) days after I receive the Lender's written request for such replacement.

O. That the mortgage insurance premiums on my Loan, if applicable, may increase as a result of the capitalization which will result in a higher total monthly payment.

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                    Page 7 of 12

DocMagic eForms
www.docmagic.com

Furthermore, the date on which I may request cancellation of mortgage insurance may change as a result of the New Principal Balance.

*[Check box if following applies:]*

☐ P.  If my Loan Documents govern a home equity loan or line of credit, then I agree that as of the Modification Effective Date, I am terminating my right to borrow new funds under my home equity loan or line of credit. This means that I cannot obtain additional advances, and must make payments according to this Agreement. (Lender may have previously terminated or suspended my right to obtain additional advances under my home equity loan or line of credit, and if so, I confirm and acknowledge that no additional advances may be obtained.)

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                Page 6 of 12

DocMagic eForms
www.docmagic.com

In Witness Whereof, the Lender and I have executed this Agreement.

PENNYMAC LOAN SERVICES LLC

Lender
By: _____
     Karen Denton
     First Vice President

Date: _____ MAR 1 3 2020 _____

_____ (Seal)          _____ (Seal)
VICTORIA L STONEWALL    -Borrower                            -Borrower

_____ (Seal)          _____ (Seal)
                       -Borrower                            -Borrower

_____ (Seal)          _____ (Seal)
                       -Borrower                            -Borrower

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                    Page 9 of 12

DocMagic eForms
www.docmagic.com

——————————— [Space Below This Line For Acknowledgments] ———————————

## LENDER ACKNOWLEDGMENT

State of   PENNSYLVANIA

County of   CHESTER

On this the _____ day of _____,
before me, _____,
the undersigned officer, personally appeared _____
_____,
who acknowledged himself to be the _____
of PENNYMAC LOAN SERVICES LLC **SEE ATTACHED** _____,
a corporation, and that he, as such _____
being authorized so to do, executed the foregoing instrument for the purposes therein contained,
by signing the name of the corporation by himself as _____.

In witness whereof, I hereunto set my hand and official seal.

_____
_____
Title of Officer

(Seal)

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                    Page 10 of 12

DocMagic eForms
www.docmagic.com

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Ventura__ )

On __3/13/2020__ before me, __Julie Mejia, Notary Public__
(Insert name and title of the officer)

personally appeared __Karen Denton__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

JULIE MEJIA
Notary Public - California
Ventura County
Commission # 2172077
My Comm. Expires Nov 17, 2020

## BORROWER ACKNOWLEDGMENT

State of  PENNSYLVANIA

County of  Chester

On this the  7  day of  March 2020 , before me,  PAUL W KORPICS ,

the undersigned officer, personally appeared  VICTORIA L STONEWALL

known to me (or satisfactorily proven) to be the person whose name  is

subscribed to the within instrument and acknowledged that  she

executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAUL W. KORPICS, Notary Public
Cain Township, Chester County
My Commission Expires December 1, 2020

Notary Public
Title of Officer

(Seal)

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/25/15                    Page 11 of 12

DocMagic eForms
www.docmagic.com

### Certificate of Residence of Mortgagee

The undersigned hereby certifies that: (i) he/she is the Mortgagee or the duly authorized attorney or agent of the Mortgagee named in the within instrument; and (ii) Mortgagee's precise residence is: 6101 CONDOR DRIVE, MOORPARK, CALIFORNIA 93021

Witness my hand this _____ day of _____

_____
Signature of Mortgagee or
Mortgagee's Duly Authorized Attorney or Agent

_____
Type or Print Name of Mortgagee or
Mortgagee's Duly Authorized Attorney or Agent

MULTISTATE HOME AFFORDABLE MODIFICATION AGREEMENT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 3157  3/09  (rev. 10/10)
PA3157.LMA  02/26/15                                    Page 12 of 12

DocMagic eForms
www.docmagic.com

# CERTIFICATE OF RESIDENCE

# LOAN MODIFICATION AGREEMENT

**BETWEEN:**

VICTORIA L STONEWALL (assignor/Mortgagor/grantor)

**AND:**

PennyMac Loan Services LLC  (assignee/Mortgagee/grantee)

I do hereby certify that the precise address of the within name Mortgagee is:

PennyMac Loan Services LLC

6101 Condor Drive, Moorpark

CA 93021

By: _____

Print Name: _____Karen Denton_____
             Assistant Secretary

Title:

11724342 B: 10127 P: 1898 MTG
03/27/2020 09:15:49 AM Page 16 of 16

## Exhibit A

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED. SITUATE IN THE CITY OF COATESVILLE, COUNTY OF CHESTER AND COMMONWEALTH OF PENNSYLVANIA, BOUNDED AND DESCRIBED ACCORDING TO A PLAN OF "MILLVIEW" SUBDIVISION PLAN OF PROPERTY OF COATESVILLE COMMUNITIES CORPORATION MADE BY G.D. HOUTMAN & SONS, INC., CIVIL ENGINEERS AND LAND SURVEYORS, MEDIA, PA., DATED 11/2/1998, LAST REVISED 10/17/2000 AND RECORDED AS PLAN NO. 15673 (SHEETS 1 TO 5 INCLUSIVE) AS FOLLOWS, TO WIT:

BEGINNING AT A POINT OF CURVE ON THE SOUTHWESTERLY SIDE OF COUNTRY RUN DRIVE (50 FEET WIDE), SAID POINT ALSO MARKING A CORNER OF LOT NO. 150 ON SAID PLAN; THENCE FROM SAID BEGINNING POINT AND EXTENDING ALONG THE SOUTHWESTERLY SIDE OF COUNTY RUN DRIVE, ON THE ARC OF A CIRCLE CURVING TO THE LEFT, HAVING A RADIUS OF 175 FEET, THE ARC DISTANCE OF 36.98 FEET TO A POINT; THENCE LEAVING SAID SIDE OF COUNTRY RUN DRIVE, SOUTH 62 DEGREES, 15 MINUTES, 0 SECONDS WEST, 110.62 FEET TO A POINT ON THE DIVIDING LINE OF COATESVILLE CITY AND VALLEY TOWNSHIP; THENCE EXTENDING ALONG SAID DIVIDING LINE, NORTH 27 DEGREES, 40 MINUTES, 41 SECONDS WEST, 76.59 FEET TO A POINT; A CORNER OF LOT NO. 150; THENCE EXTENDING ALONG SAID LOT NO. 150; NORTH 81 DEGREES, 08 MINUTES, 0 SECONDS EAST, 125.48 FEET TO THE FIRST MENTIONED POINT AND PLACE OF BEGINNING.

BEING LOT NO. 151 ON SAID PLAN.