# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br><br>                Debtor(s) | Chapter 13<br><br>Case No. 24-10475 PMM |
| PENNYMAC LOAN SERVICES, LLC<br>                Movant<br>  v.<br><br>Victoria L. Stonewall<br><br>and<br><br>Kenneth E. West, Trustee<br>                Respondents | |

**ORDER GRANTING STAY RELIEF AS TO PROPERTY
LOCATED AT 107 COUNTRY RUN DR, COATESVILLE, PA 19320**

AND NOW, this      day of                , 2025, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, PENNYMAC LOAN SERVICES, LLC and/or its successors and assigns to proceed with foreclosure of the property located at 107 Country Run Dr, Coatesville, PA 19320, and obtain all other relief available under the non-bankruptcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

It is further ORDERED that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

It is further ORDERED that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1 and Local Rule 3002-5.

_____
United States Bankruptcy Judge

Interested Parties:

Victoria L. Stonewall
107 Country Run Dr
Coatesville, PA  19320-3069

Michael A. Cibik, Esquire
1500 Walnut St
Ste 900
Philadelphia, PA  19102
Attorney for Debtor(s)

Kenneth E. West, Esquire
190 N. Independence Mall West
Suite 701
Philadelphia, PA  19106
Trustee

Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Attorneys for Movant