# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br>                      Debtor(s) | Chapter 13<br><br>Case No. 24-10475 PMM |
| PENNYMAC LOAN SERVICES, LLC<br>                      Movant<br>  v.<br><br>Victoria L. Stonewall<br><br>and<br><br>Kenneth E. West, Trustee<br>                      Respondents | |

## CERTIFICATION OF SERVICE

      I, Karina Velter, Esquire, certify that on July 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/EDF system:

- Notice of Motion, Response Deadline and Telephonic or Video Hearing Date
- Motion for Relief from the Automatic Stay
- Proposed Order Granting Stay Relief
- Certification of Service

      I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

| | |
|---|---|
| | /s/ Karina Velter, Esquire |
| Date: July 29, 2025 | POWERS KIRN, LLC<br>Jill Manuel-Coughlin, Esquire ; ID 63252<br>Harry B. Reese, Esquire; ID 310501<br>Karina Velter, Esquire; ID 94781<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA  19053<br>215-942-2090 phone; 215-942-8661 fax<br>Email:  bankruptcy@powerskirn.com<br>Attorney for Movant |

Mailing List Exhibit:  (Check all that apply. If via e-mail, include e-mail address.  Continue to next page if necessary.)

Office of the U.S. Trustee
Robert N. C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107
U.S. Trustee

Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:

☐ Other:

---

Kenneth E. West, Esquire
190 N. Independence Mall West
Suite 701
Philadelphia, PA  19106
Trustee

Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:  ecfemails@ph13trustee.com

☐ Other:

---

Michael A. Cibik, Esquire
1500 Walnut St
Ste 900
Philadelphia, PA  19102
Attorney for Debtor(s)

Via:  ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:  help@cibiklaw.com

☐ Other:

---

Victoria L. Stonewall
107 Country Run Dr
Coatesville, PA  19320-3069
Debtor

Via:  ☐ CM/ECF  ☒ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:

☐ Other: