IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br>Debtor(s) | Chapter 13 Proceeding<br><br>24-10475 PMM |
| PENNYMAC LOAN SERVICES, LLC<br>Movant<br>v.<br>Victoria L. Stonewall<br>and<br>Kenneth E. West, Esquire<br>Respondents | |

**ORDER APPROVING STIPULATION**

AND NOW, this _____ day of _____, 202__ , the Stipulation Resolving PENNYMAC LOAN SERVICES, LLC's Motion for Relief from the Automatic Stay is hereby approved by the Court.

_____
United State Bankruptcy Judge
Patricia M. Mayer