IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Victoria L. Stonewall<br><div align="right">Debtor(s)</div> | Chapter 13 Proceeding<br><br>24-10475 PMM |
| PENNYMAC LOAN SERVICES, LLC<br><div align="right">Movant</div><br>v.<br>Victoria L. Stonewall<br>and<br>Kenneth E. West, Esquire<br><div align="right">Respondents</div> | |

**ORDER APPROVING STIPULATION**

AND NOW, this  28th  day of  August            , 202 5  , the Stipulation Resolving PENNYMAC LOAN SERVICES, LLC's Motion for Relief from the Automatic Stay is hereby approved by the Court.

*Patricia M. Mayer*
_____
United State Bankruptcy Judge
Patricia M. Mayer