# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Victoria L. Stonewall,<br><br>            *Debtor*. | Case No. 24-10475-PMM<br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 59, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 58) is **APPROVED**.

**Date:**

---
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge